## <u>EXHIBIT A</u>

(Eastern Division Map)

