# **EXHIBIT B**

(Western Division Map)

2

