# **EXHIBIT C**

(Budget)

Blackjewel L.L.C.
DIP Budget
Prepared as of 06/30/2019
($ 000's)

**DRAFT**

| Week No. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending: | 7/7/19 | 7/14/19 | 7/21/19 | 7/28/19 | 8/4/19 | 8/11/19 | 8/18/19 | 8/25/19 | 9/1/19 | 9/8/19 | 9/15/19 | 9/22/19 | 9/29/19 | 13 Week |
| **Operating Receipts** | | | | | | | | | | | | | | |
| BlackJewel East | 5,000 | 2,455 | 5,727 | 5,727 | 5,727 | 5,727 | 5,727 | 5,727 | 5,727 | 4,909 | 5,727 | 5,727 | 5,727 | 69,636 |
| BlackJewel West | 4,200 | 4,725 | 5,768 | 5,768 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 | 86,162 |
| Total Operating Receipts | 9,200 | 7,180 | 11,495 | 11,495 | 13,027 | 13,027 | 13,027 | 13,027 | 13,027 | 12,209 | 13,027 | 13,027 | 13,027 | 155,799 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Payroll | (6,410) | (2,040) | (4,787) | (1,824) | (4,537) | (1,832) | (4,787) | (1,824) | (4,537) | (1,824) | (4,795) | (1,824) | (4,537) | (45,557) |
| Insurance | (992) | (550) | (2,395) | (1,124) | (500) | (500) | (2,350) | (1,124) | (500) | (500) | (2,350) | (500) | (787) | (14,172) |
| Taxes | (150) | (440) | (2,848) | (3,150) | (306) | (306) | (671) | (3,079) | (631) | (306) | (671) | (1,231) | (2,479) | (16,267) |
| East Vendors | (2,477) | (2,303) | (2,308) | (2,398) | (2,503) | (2,353) | (2,353) | (2,453) | (2,523) | (2,373) | (2,373) | (2,403) | (2,468) | (31,285) |
| West Vendors | (2,192) | (1,833) | (1,633) | (2,323) | (4,208) | (1,833) | (1,608) | (4,948) | (1,608) | (1,833) | (1,608) | (1,843) | (4,713) | (32,183) |
| Other[1] | (948) | (820) | (820) | (1,210) | (820) | (820) | (820) | (2,785) | (4,744) | (820) | (820) | (970) | (2,635) | (19,032) |
| Total Operating Expenses | (13,170) | (7,985) | (14,791) | (12,029) | (12,873) | (7,643) | (12,588) | (16,213) | (14,542) | (7,655) | (12,616) | (8,770) | (17,619) | (158,496) |
| Net Cash Flows From Operations | (3,970) | (806) | (3,296) | (533) | 154 | 5,384 | 439 | (3,185) | (1,515) | 4,554 | 411 | 4,257 | (4,591) | (2,697) |
| *Cumulative Net Cash Flows* | (3,970) | (4,776) | (8,071) | (8,605) | (8,451) | (3,067) | (2,628) | (5,813) | (7,328) | (2,774) | (2,363) | 1,894 | (2,697) | (2,697) |
| **Financing** | | | | | | | | | | | | | | |
| DIP Loan Facility | 8,900 | - | - | - | - | - | - | - | - | - | - | - | - | 8,900 |
| Net Cash Flows From Financing | 8,900 | - | - | - | - | - | - | - | - | - | - | - | - | 8,900 |
| **Process Related Disbursements** | | | | | | | | | | | | | | |
| Professional Fees | - | - | - | (300) | (150) | - | (350) | (714) | - | (300) | - | (350) | (708) | (2,872) |
| US Trustee / Court Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Process Related Disbursements | $ - | $ - | $ - | $ (300) | $ (150) | $ - | $ (350) | $ (714) | $ - | $ (300) | $ - | $ (350) | $ (708) | $ (2,872) |
| Net Cash Flows | 4,930 | (806) | (3,296) | (833) | 4 | 5,384 | 89 | (3,899) | (1,515) | 4,254 | 411 | 3,907 | (5,299) | 3,331 |
| *Cumulative Net Cash Flows* | 4,930 | 4,124 | 829 | (5) | (1) | 5,383 | 5,472 | 1,573 | 58 | 4,312 | 4,723 | 8,630 | 3,331 | 3,331 |
| Beginning Cash | $ 138 | $ 5,068 | $ 4,262 | $ 966 | $ 133 | $ 137 | $ 5,521 | $ 5,610 | $ 1,711 | $ 196 | $ 4,450 | $ 4,861 | $ 8,768 | $ 138 |
| Net Cash Flows | 4,930 | (806) | (3,296) | (833) | 4 | 5,384 | 89 | (3,899) | (1,515) | 4,254 | 411 | 3,907 | (5,299) | 3,331 |
| Ending Cash | $ 5,068 | $ 4,262 | $ 966 | $ 133 | $ 137 | $ 5,521 | $ 5,610 | $ 1,711 | $ 196 | $ 4,450 | $ 4,861 | $ 8,768 | $ 3,469 | $ 3,469 |

*Notes:*
(1) Includes disbursements related to security, royalties, trucking, and settlements