# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**In re:**

**BLACKJEWEL L.L.C.,** *et al.,*

*Debtors*

**Honorable Frank W. Volk**
**Case No.: 19-30289**
**Chapter 11**

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF PAPERS AND NOTICES

Please take notice that Joseph G. Bunn, Esq. and J. Zachary Balasko, Esq. of Steptoe & Johnson PLLC, 707 Virginia Street, East, Charleston, WV 25301, hereby:

1.  appear in the above matter, pursuant to Rule 9010 of the Rules of Bankruptcy Procedure for and on behalf of the United Bank, a Virginia banking corporation and successor-in-interest to United Bank, Inc., a West Virginia banking corporation; and

2.  pursuant to Rules 2002, 3017(a), and 9010(b) of the rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, request: (1) that they be placed on the matrix and/or service list and sent copies of all orders, pleadings and papers filed herein; and (2) that all notices, whether written or oral (including but not limited to telephone notice of hearings to obtain emergency relief) given or required to be given and all papers served or required to be served in this case (and all related cases, if any) be given or served upon them at Steptoe & Johnson PLLC, P.O. Box 1588, Charleston, WV 25326, (304) 353-8106.

Please take further notice that the foregoing demand includes not only the notices, pleadings and papers referred to above and in Rule 2002, but also includes, without limitation, all orders, notices, applications, schedulings, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier or otherwise.

Dated: July 1, 2019
Charleston, West Virginia

**UNITED BANK**
By Counsel

*/s/Joseph G. Bunn*
Joseph G. Bunn (WV Bar #11319)
J. Zachary Balasko (WVSB #12954)
Steptoe & Johnson
P. O. Box 1588
Charleston, WV 25326-1588
(304) 353-8000

8472645

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**In re:**

**BLACKJEWEL L.L.C.,** *et al.,*

*Debtors*

**Honorable Frank W. Volk**
**Case No.: 19-30289**
**Chapter 11**

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2019, I served the foregoing *Notice of Appearance and Request for Service of Papers and Notice* upon all parties listed below, by depositing a true copy thereof in the United States mail, postage prepaid.

Office of the U.S. Trustee
300 Virginia St., E. Room 2025
Charleston, WV 25301

Stephen D. Lerner
Nava Hazan
Travis A. McRoberts
SQUIRE PATTON BOGGS (US) LLP
201 E. Fourth St., Suite 1900
Cincinnati, OH 45202
*Co-Counsel for Debtors and Debtors-in-Possession*

Joe M. Supple
801 Viand St.
Point Pleasant, WV 25550
*Counsel for Debtors and Debtors-in-Possession*

/s/ Joseph G. Bunn
Joseph G. Bunn (WV Bar #11319)
Steptoe & Johnson
P. O. Box 1588
Charleston, WV 25326-1588
(304) 353-8000

8472645