(02/2013 )

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF WEST VIRGINIA

In re: Blackjewel, L.L.C., et al.

Debtor(s).

Bankruptcy Case No. 19-30289

Chapter 11

v.

Plaintiff(s),

Defendant(s).

Adversary Case No.

### STATEMENT OF VISITING ATTORNEY
### AND DESIGNATION OF LOCAL COUNSEL
### FOR BANKRUPTCY MATTERS

Stephen D. Lerner, Squire Patton Boggs (US) LLP  
**Name of Visiting Attorney and firm name**

OH 0051284, NY 2067841  
**Bar ID number**

Blackjewel, L.L.C., Blackjewel Holdings L.L.C., Revelation Energy Holdings, LLC*  
**Name of party represented**

Ohio State Bar Association, P.O. Box 16562, Columbus, OH 43216-6562  
**Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing**

201 E. Fourth Street, Suite 1900  
Cincinnati, OH 45202  
**Visiting Attorney's office address**

(513) 361-1200  
**Visiting Attorney's office telephone number**

(513) 361-1201  
**Office fax number**

stephen.lerner@squirepb.com  
**Email address**

\* Revelation Management Corporation, Revelation Energy, LLC

Page 1 of 3

| | |
|---|---|
| Joe M. Supple, Supple Law Office, PLLC | WV 8013 |
| *Name of Sponsoring Attorney and firm name* | *WV Bar ID number* |
| 801 Viand St. | |
| Point Pleasant, WV 25550 | |
| *Sponsoring Attorney's office address* | |
| (304) 675-6249 | (304) 675-4372 |
| *Sponsoring Attorney's office telephone number* | *Office fax number*    *Email address* |

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

| 7/1/19 | |
|---|---|
| *Date* | *Signature of Visiting Attorney* |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

| 7/1/19 | /s/ Joe M. Supple |
|---|---|
| *Date* | *Signature of Sponsoring Attorney* |

## ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at http://www.wvsd.uscourts.gov at **CM/ECF Information > Electronic Filing > Administrative Procedures** for Electronic Case Filing in the SDWV for guidance. Specific requirements regarding filing a Statement of Visiting Attorney and Designation of Local Counsel in the District Court may be found at **Attorney Information > Admission**.

Electronic filing is strongly encouraged but not mandatory in the United States Bankruptcy Court for the Southern District of West Virginia. To electronically file documents in a bankruptcy case/proceeding, a Visiting Attorney will need to obtain a separate CM/ECF login and password from the Bankruptcy Clerk's office. Local bankruptcy rules, CM/ECF Administrative Procedures, and other bankruptcy information may be obtained on the Bankruptcy Court's website (www.wvsb.uscourts.gov) or by contacting the Bankruptcy Clerk's office at (304) 347-3003.