IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Blackjewel, L.L.C. *et al.,* | ) | Case No. 19-bk-30289 |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Pending) |
| | ) | |

## MOTION TO APPROVE TELEPHONIC APPEARANCE

Riverstone Credit Partners – Direct, L.P. ("Riverstone") hereby moves this Court, pursuant to Rule 9074-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of West Virginia (the "Local Rules"), for entry of an order authorizing Marc R. Weintraub., Esq. counsel for Riverstone, to appear and participate telephonically at a scheduled hearing on the Debtors' chapter 11 cases, and in support states as follows:

1.  On the date hereof (the "Petition Date"), each of the Debtors filed a voluntary petition for relief with the Court under chapter 11 of the Bankruptcy Code. The Debtors are continuing to operate and maintain their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner or creditors' committee has been appointed in these chapter 11 cases.

2.  The Court scheduled a hearing to consider the Debtors' various first day motions for July 1, 2019, at 2:00 p.m. (the "First Day Hearing") in the Robert C. Byrd U.S. Courthouse, 300 Virginia Street East, Room 3200, Charleston, West Virginia 25301.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Blackjewel, L.L.C. (0823); Blackjewel Holdings L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908) and Revelation Energy, LLC (4605). The headquarters for each of the Debtors is located at 1051 Main Street, Milton, West Virginia 25541-1215.

3. Certain members of the Riverstone's counsel intend to participate in the First Day Hearing in person, but due to the expedited timing of the First Day Hearing, Mr. Weintraub will not be able to appear in person.

4. Local Rule 9074-1 provides that, subject to the Court's approval, parties who desire to appear by telephone or video conference at a scheduled hearing must file a written motion at least seven (7) days prior to the hearing. Because the Debtors filed voluntary petitions for relief just one day before the scheduled First Day Hearing, Mr. Weintraub was unable to file a motion requesting authority to appear telephonically seven days prior to the scheduled hearing.

5. Counsel for the Riverstone respectfully requests authorization to appear telephonically for the First Day Hearing and any additional matters that may be heard at such hearing.

**WHEREFORE**, Riverstone respectfully request entry of an order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and such other and further relief as is just and proper

|  |  |
|---|---|
| Dated: July 1, 2019 | */s/ Marc R. Weintraub* <br> Brian A. Glasser (WVSB No. 6597) <br> Kevin W. Barrett (admission application forthcoming) <br> Marc R. Weintraub (WVSB No. 8055) <br> Maggie B. Burrus (WVSB No. 12518) <br> BAILEY & GLASSER LLP <br> 209 Capitol Street <br> Charleston, West Virginia 25301 <br> Telephone: (304) 345-6555 <br> Facsimile: (304) 342-1110 <br> bglasser@baileyglasser.com <br> kbarrett@baileyglasser.com <br> mweintraub@baileyglasser.com <br> mburrus@baileyglasser.com <br><br> *Attorneys for Riverstone Credit Partners – Direct, L.P.* |

## CERTIFICATE OF SERVICE

I, Marc R. Weintraub do hereby certify that I served the foregoing Motion by electronic transition to all persons registered to receive electronic notices in these cases by means of the Court's CM/ECF noticing system on July 1, 2019

*/s/ Marc R. Weintraub*
Marc R. Weintraub (WVSB No. 8055)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Tel: (304) 345-6555
Fax: (304) 342-1110
mweintraub@baileyglasser.com