# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Blackjewel, L.L.C. *et al.*, | ) | Case No. 19-bk-30289 |
| | ) | |
| Debtors. | ) | (Joint Administration Pending) |
| | ) | |

**ORDER GRANTING MOTION TO APPEAR BY TELEPHONE**

Upon the motion (the "Motion") of Riverstone Credit Partners – Direct, L.P. ("Riverstone") for entry of an order, pursuant to Rule 9074-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of West Virginia, for entry of an order authorizing Marc R. Weintraub, Esq. to appear telephonically at the First Day Hearing; and upon the record of the hearing on this Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given under the circumstances; and this Court having found that good and sufficient cause exists for the relief granted by this Order, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED.

2. Marc R. Weintraub, Esq., counsel for Riverstone, is authorized appear and participate in the First Day Hearing telephonically

3. Counsel shall contact the Court's teleconference number at 1−888−273−3658, access code 1039652 prior to the commencement of the First Day Hearing.