Form ntcm11ni

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

| IN RE: | CASE NO. 3:19–bk–30289 |
|---|---|
| Blackjewel L.L.C. | CHAPTER: 11 |
| Debtor(s)–in–Possession | JUDGE: Frank W. Volk |

## NOTICE OF MISSING DOCUMENTS CHAPTER 11 NON–INDIVIDUAL

To the Debtor(s) and attorney for the Debtor(s), if any:

In order for this case to be administered, the documnet(s) marked below must be filed by deadlines required by the Bankruptcy Rules and Code:

Due at the time of Filing

- ☒ Creditor Mailing Matrix with Names and Addresses of All Creditors
- ☒ Verification of Creditor Matrix
- ☐ Corporate Ownership Statement
- ☐ Corporate Resolution
- ☐ Filing Fee
- ☐ Notice to Debtor by Bankruptcy Petition Preparer
- ☐ Statement of Compenstation Paid or to be Paid to a Bankruptcy Petition Preparer
- ☐ 20 Largest Unsecured Creditors

Due no later then 14 days after the filing of the Voluntary Petition

- ☒ Summary of Assets and Liabilities for Non–Individuals
- ☒ Schedule A/B
- ☒ Schedule D
- ☒ Schedule E/F
- ☒ Schedule G
- ☒ Schedule H
- ☒ Declaration Concerning Debtor(s) Schedules
- ☒ Statement of Financial Affairs
- ☒ Disclosure of Attorney Compensation
- ☐ Small Business Financial Documents (if Debtor–in–Possession is a designated Small Business case)