IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| Blackjewel, L.L.C., *et al.*, | ) | Case No. 19-30289 |
|  | ) |  |
| Debtors[1] | ) | (Joint Administration Pending) |
|  | ) |  |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS
AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned case on behalf of Indemnity National Insurance Company ("INIC"), pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of the Bankruptcy Code, and demand that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses and further request to be added to the Master Service List:

> Daniel I. Waxman
> WYATT, TARRANT & COMBS, LLP
> 250 West Main Street, Suite 1600
> Lexington, Kentucky 40507
> Telephone: (859) 233-2012
> Facsimile: (859) 259-0649
> E-mail: dwaxman@wyattfirm.com
>
> Stephen L. Thompson (WV 3751)
> BARTH & THOMPSON
> P.O. Box 129
> Charleston, West Virginia 25321
> Telephone: (304) 342-7111
> Facsimile: (304) 342-6215

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Blackjewel, L.L.C. (0823); Blackjewel Holdings L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908); and Revelation Energy, LLC (4605).

E-mail:  sthompson@barth-thompson.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise in this case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive INIC's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which INIC is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Respectfully submitted,

*/s/ Stephen L. Thompson*
Stephen L. Thompson (WV 3751)
BARTH & THOMPSON
P.O. Box 129
Charleston, West Virginia 25321
Telephone:  (304) 342-7111
Facsimile:  (304) 342-6215
E-mail:  sthompson@barth-thompson.com

and

Daniel I. Waxman (KY 92736)
(*pro hac vice* to be submitted)
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky 40507
Telephone: (859) 233-2012
Facsimile: (859) 259-0649
E-mail: dwaxman@wyattfirm.com

*Counsel for Indemnity National Insurance Company*

## **CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers and Request to be Added to Master Service List has been served electronically via the Court's CM/ECF system upon all parties designated to receive electronic service on July 2, 2018.

            */s/ Stephen L. Thompson*
            Stephen L. Thompson

61853171.1