# EXHIBIT A

Proposed Order

(Attached)

## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Blackjewel, L.L.C., *et al.*, | ) | Case No. 19-bk-30289 |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Requested) |

### ORDER SCHEDULING EMERGENCY HEARING ON THE DEBTORS' SUPPLEMETNAL DIP FINANCING MOTION AND OTHER FIRST DAY RELIEF

Upon the motion (the "<u>Motion</u>") of the above-captioned Debtors[2] for entry of and order (i) scheduling an expedited hearing on the Debtors' supplemental DIP financing motion and other first day relief filed contemporaneously herewith, and (ii) approving the form and manner of notice threreof; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Blackjewel, L.L.C. (0823); Blackjewel Holdings L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908) and Revelation Energy, LLC (4605). The headquarters for each of the Debtors is located at 1051 Main Street, Milton, West Virginia 25541-1215.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed in the Motion.

1

having been given under the circumstances; and this Court having found that good and sufficient cause exists for the relief granted by this Interim Order;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**

    1.    The Motion is GRANTED as set forth herein.

    2.    An expedited hearing on the _____ is scheduled for July 2, 2019 at _:__ _.m. (prevailing Eastern Time)

    3.    Notice of this hearing shall be served as promptly as possible by the Debtors through their proposed claims and noticing agent.

    4.    The Debtors are hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this order.

    5.    The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.