Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
## Southern District of West Virginia

Room 3200
300 Virginia Street East
Charleston, WV 25301

---

Bankruptcy Proceeding No.: 3:19–bk–30289
Chapter: 11
Judge: Frank W. Volk

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Blackjewel L.L.C.
  1051 Main Street
  Milton, WV 25541

Social Security No.:

Employer's Tax I.D. No.:
  26–3810823

---

PLEASE TAKE NOTICE that an EXPEDITED hearing will be held at

Bankruptcy Courtroom A, 6400 Robert C. Byrd U.S. Courthouse, 300 Virginia Street East, Charleston, WV 25301

on 7/2/19 at 04:30 PM

to consider and act upon the following:

[37] Motion by Debtor Blackjewel L.L.C. to Expedite Hearing. SHOULD THE COURT GRANT SUCH MOTION, it will proceed immediately with the emergency hearing that is being sought by the Debtors Re [36] Supplemental Emergency Motion for Interim and Final Orders Authorizing Debtors to (A) Obtain Secured Priming Post–Petition Financing Pursuant To 11 U.S.C. §§ 105, 361, 362, 363, 364; (B) Authorize Debtors to Use Cash Collateral and Other Collateral and Grant Adequate Protection to Pre–Petition Secured Lenders Pursuant to 11 U.S.C. §§ 105, 361, 362 And 363; (C) Schedule Final Hearing Pursuant to Rules 4001(B), 4001(C) and 9014; and (D) Grant Related Relief.

At the time listed above, parties who have been granted permission by the Court to appear by telephone <u>at this presently scheduled hearing</u>, should dial 1–888–273–3658 and use Access Code 1039652. Parties appearing by telephone should also mute their phone line until such time as the case they are appearing for is called.

Dated: 7/2/19

                                            Matthew J. Hayes
                                            Clerk, U.S. Bankruptcy Court

                                            BY: Leslie J. Gallian
                                            Deputy Clerk