**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

IN RE:

**BLACKJEWEL, L.L.C.**                                            CASE NO: 3:19-bk-30289

### NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

The United States Trustee, John P. Fitzgerald, III, by counsel, and pursuant to Bankruptcy Code §§ 1102(a) and 1102(b)(1), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of New Trinity Coal Incorporated and gives notice that the Committee has selected a chairperson at its formation meeting.

| **Member** | **Creditor/Address** | **Phone/Fax/E-mail** |
|---|---|---|
| **CHAIRPERSON**<br><br>**Joseph Yoerg**<br>**Karen Ferris** | **Walker Machinery Company**<br>**1400 Cecil Avenue**<br>**Louisville, KY  40211** | **502-774-4441 (Phone)**<br>Joseph_yoerg@wayne.com<br>Karen_Ferris@wayne.com |
| James Pfeifer | Jennmar Corporation of Virginia<br>P. O. Box 603800<br>Charlotte, NC  28260-3800 | 412-463-5445 (Phone)<br>412-963-8099 (Fax)<br>jpfeifer@jennmar.com |
| Whitney Kegley | CAM Mining, LLC<br>P. O. Box 1169<br>Pikesville, KY  41501 | 859-492-4431(Phone)<br>wkegley@rhinolp.com |
| Henry E. Looney | United Central Industrial Supply Company, LLC<br>1241 Volunteer Parkway, Suite 1000<br>Bristol, TN  37620 | 423-573-7345 (Phone)<br>423-573-7392 (Fax)<br>Henry.Looney@unitedcentral.net |
| Stephen G. Barker | Kentucky River Properties, LLC<br>360 E. Vine Street, Suite 310<br>Lexington, KY  40507 | 606-439-4518 (Phone)<br>606-436-5375 (Fax)<br>Steve@krpky.com |

Date:  July 3, 2019

                                    JOHN P. FITZGERALD, III
                                    ACTING UNITED STATES TRUSTEE

By:    */s/David L. Bissett*
          David L. Bissett, Attorney (WV Bar# 6013)
          Office of the U.S. Trustee
          Robert C. Byrd U.S. Courthouse
          300 Virginia St. East, Room 2025
          Charleston, WV 25301
          (304) 347-3417
          Fax (304) 347-3402
          E-mail:  David.L.Bissett@usdoj.gov

## CERTIFICATE OF SERVICE

    I certify that on this day I electronically filed the **NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all CM/ECF participants who have appeared in the case. I further certify that on this date I mailed the NOTICE USPS First Class Mail to the following parties:

**DEBTOR**

BlackJewel, LLC
1051 Main Street
Milton, WV 25541

**DEBTOR'S COUNSEL**

Joe M. Supple, Esq.
Supple Law Office, PLLC
801 Viand Street
Point Pleasant, WV 25550

CREDITOR COMMITTEE MEMBERS

| Member | Creditor/Address | Phone/Fax/E-mail |
|---|---|---|
| **CHAIRPERSON**<br><br>Joseph Yoerg<br>Karen Ferris | Walker Machinery Company<br>1400 Cecil Avenue<br>Louisville, KY 40211 | 502-774-4441 (Phone)<br>Joseph_yoerg@wayne.com<br>Karen_Ferris@wayne.com |
| James Pfeifer | Jennmar Corporation of Virginia<br>P. O. Box 603800<br>Charlotte, NC 28260-3800 | 412-463-5445 (Phone)<br>412-963-8099 (Fax)<br>jpfeifer@jenmar.com |
| Whitney Kegley | CAM Mining, LLC<br>P. O. Box 1169<br>Pikesville, KY 41501 | 859-492-4431(Phone)<br>wkegley@rhinolp.com |
| Henry E. Looney | United Central Industrial Supply Company, LLC<br>1241 Volunteer Parkway, Suite 1000<br>Bristol, TN 37620 | 423-573-7345 (Phone)<br>423-573-7392 (Fax)<br>Henry.Looney@unitedcentral.net |
| Stephen G. Barker | Kentucky River Properties, LLC<br>360 E. Vine Street, Suite 310<br>Lexington, KY 40507 | 606-439-4518 (Phone)<br>606-436-5375 (Fax)<br>Steve@krpky.com |

Date:    July 3, 2019

By:    */s/David L. Bissett*
       David L. Bissett, Attorney (WV Bar# 6013)
       Office of the U.S. Trustee
       Robert C. Byrd U.S. Courthouse
       300 Virginia St. East, Room 2025
       Charleston, WV 25301
       (304) 347-3406
       Fax (304) 347-3417
       E-mail: David.L.Bissett@usdoj.gov