# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Blackjewel, L.L.C., *et al.*, | ) | Case No. 19-bk-30289 |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Requested) |

## DEBTORS' EMERGENCY MOTION FOR AN ORDER AUTHORIZING DEBTORS TO OBTAIN INTERIM POSTPETITION FINANCING FROM <u>RIVERSTONE CREDIT PARTNERS</u>

Blackjewel, L.L.C., and its affiliated debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") in the above-captioned chapter 11 cases, hereby move the Court for entry of an order authorizing the Debtors to obtain $5 million of interim, senior secured debtor in possession financing from Riverstone Credit Partners ("<u>Riverstone</u>") on the terms set forth on the term sheet attached hereto as <u>Exhibit A</u> (the "<u>Term Sheet</u>"). The requested interim financing will allow the Debtors to secure their assets, avoid the immediate conversion of these cases to cases under chapter 7, and permit the Debtors to continue working collaboratively with their lenders and key stakeholders to maximize value and obtain additional financing.

WHEREFORE, the Debtors respectfully request entry of the order, substantially in the form attached hereto as <u>Exhibit B</u>, granting the relief requested herein and such other and further relief as is just.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Blackjewel, L.L.C. (0823); Blackjewel Holdings L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908) and Revelation Energy, LLC (4605). The headquarters for each of the Debtors is located at 1051 Main Street, Milton, West Virginia 25541-1215.

DATED: July 3, 2019  **SUPPLE LAW OFFICE, PLLC**

By: */s/ Joe M. Supple*
Joe M. Supple, Bar. No. 8013
801 Viand St.
Point Pleasant, WV 25550
Telephone: 304.675.6249
Facsimile: 304.675.4372
joe.supple@supplelaw.net

– and –

Stephen D. Lerner (*pro hac vice* admission pending)
Nava Hazan (*pro hac vice* admission pending)
Travis A. McRoberts (*pro hac vice* admission pending)
SQUIRE PATTON BOGGS (US) LLP
201 E. Fourth St., Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Facsimile: 513.361.1201
stephen.lerner@squirepb.com
nava.hazan@squirepb.com
travis.mcroberts@squirepb.com

*Proposed Co-Counsel to the Debtors and Debtors-in-Possession*