# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0425−3 | User: jjr | Date Created: 7/3/2019 |
| Case: 3:19−bk−30289 | Form ID: pdf001 | Total: 17 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| aty | David L. Bissett | David.L.Bissett@usdoj.gov |
| aty | Fred B Westfall, Jr | fred.westfall@usdoj.gov |
| aty | Joe M. Supple | info@supplelaw.net |
| aty | Joseph G. Bunn | joseph.bunn@steptoe−johnson.com |
| aty | Marc R. Weintraub | mweintraub@baileyglasser.com |
| aty | Stephen L. Thompson | sthompson@barth−thompson.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Blackjewel L.L.C.    1051 Main Street    Milton, WV 25541 | | |
| cr | Indemnity National Insurance Company    c/o Stephen L. Thompson    Barth & Thompson    P. O. Box 129    Charleston, WV 25321 | | |
| aty | Daniel I. Waxman    WYATT, TARRANT & COMBS, LLP    250 West Main Street    Suite 1600    Lexington, KY 40507−1746 | | |
| aty | Kyle F. Arendsen    Squire Patton Boggs (US) LLP    201 E. Fourth Street, Suite 1900    Cincinnati, OH 45202 | | |
| aty | Maura P. McIntyre    Squire Patton Boggs (US) LLP    4900 Key Tower, 127 Public Square    Cleveland, OH 44114 | | |
| aty | Nava Hazan    Squire Patton Boggs (US) LLP    30 Rockefeller Plaza, 23rd Floor    New York, NY 10112 | | |
| aty | Stephen D. Lerner    Squire Patton Boggs (US) LLP    201 E. Fourth Street, Suite 1900    Cincinnati, OH 45202 | | |
| aty | Travis A. McRoberts    Squire Patton Boggs (US) LLP    2000 McKinney Ave., Suite 1700    Dallas, TX 75201 | | |
| smg | United States Attorney    Southern District WV    P.O. Box 1713    Charleston, WV 25326−1713 | | |
| smg | WV Department of Tax & Revenue    Bankruptcy Unit    P.O. Box 766    Charleston, WV 25323−0766 | | |

TOTAL: 10