# **EXHIBIT A**

### **(CAMCO LETTER)**

SEE ATTACHED DOCUMENT

**UNITED BANK**

@ your service

July 5, 2019

CAMPCO Federal Credit Union
PO Box 3169
Gillette, WY 82717

To Whom it May Concern:

The following check range corresponds to cashier's checks United Bank issued on June 28, 2019 to employees of Blackjewel, L.L.C.

1) ▮▮▮▮ - ▮▮▮▮

2) ▮▮▮▮ – ▮▮▮▮

Sincerely,

*[signature]*

James David Mills
Vice President
United Bank

500 VIRGINIA STREET EAST – P.O. BOX 393 – CHARLESTON, WV 25339
WWW.BANKWITHUNITED.COM