# **EXHIBIT A**

## **(US Bank LETTER)**

SEE ATTACHED DOCUMENT

**UNITED BANK**

@ your service

July 5, 2019

US Bank
509 S. Douglas Highway
Gillette, WY 82716-4030

To Whom it May Concern:

The following check range corresponds to cashier's checks United Bank issued on June 28, 2019 to employees of Blackjewel, L.L.C.

1) ███████ - ███████

2) ███████ – ███████

Sincerely,

*[signature: J. D. Mills]*

James David Mills
Vice President
United Bank