IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Blackjewel, L.L.C., *et al.*, | ) | Case No. 19-bk-30289 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |

## DEBTORS' STATUS REPORT ON POST-PETITION FINANCING

Blackjewel, L.L.C., and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, hereby submit this status report with respect to their continuing efforts to obtain additional post-petition financing:

1. On July 12, 2019, the Debtors reported to the Court that they were in discussions with one of their pre-petition secured lenders, Riverstone Credit Partners ("Riverstone"), and other potential lenders with respect to providing additional post-petition financing to fund the Debtors' chapter 11 cases. These efforts are on-going but have not yet produced a final agreement.

2. The Debtors and their advisors have been consulting with their primary stakeholders and their advisors, including Riverstone, United Bank and the Official Committee of Unsecured Creditors, among others, throughout this process. The Debtors and their advisors will continue to pursue all reasonable alternatives for financing and will continue to keep the Court and interested parties informed.

3. At the time of this status report, the Debtors have approximately $2 million of remaining availability under their existing $5 million post-petition financing facility to protect their assets and preserve value during this process, subject to the approval of a further budget.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Blackjewel, L.L.C. (0823); Blackjewel Holdings L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908) and Revelation Energy, LLC (4605). The

The Debtors and their advisors are continuing to discuss the parameters of that budget with their existing lenders.

4. The Debtors expect to provide a further status update to the Court and parties in interest no later than July 17, 2019.

DATED: July 15, 2019                                    **SUPPLE LAW OFFICE, PLLC**


By:  */s/ Joe M. Supple*
     Joe M. Supple, Bar. No. 8013
     801 Viand St.
     Point Pleasant, WV 25550
     Telephone: 304.675.6249
     Facsimile: 304.675.4372
     joe.supple@supplelaw.net

     – and –

     **SQUIRE PATTON BOGGS (US) LLP**

     Stephen D. Lerner (admitted *pro hac vice*)
     Nava Hazan (admitted *pro hac vice*)
     Travis A. McRoberts  (admitted *pro hac vice*)
     201 E. Fourth St., Suite 1900
     Cincinnati, Ohio 45202
     Telephone: 513.361.1200
     Facsimile: 513.361.1201
     stephen.lerner@squirepb.com
     nava.hazan@squirepb.com
     travis.mcroberts@squirepb.com

     *Proposed Co-Counsel to the Debtors and Debtors-in-Possession*

---

headquarters for each of the Debtors is located at 1051 Main Street, Milton, West Virginia 25541-1215.