# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| **In Re:** ) | | **Chapter 11** |
| ) | | |
| **BLACKJEWEL, L.L.C.,** *et al,* ) | | **Case No. 3:19-30289** |
| ) | | |
| **Debtors** ) | | **(Joint Administration Requested)** |

_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James S. Crockett, Jr. and Peter M. Pearl, and the firm of Spilman Thomas & Battle, PLLC hereby:

1. Appear in the above matter pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), for and on behalf of Penn Virginia Operating Company, LLC and

2. Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, request: (i) that they be placed on the matrix and/or service list and be sent copies of all orders, pleadings and papers filed herein; and (ii) that all notices, whether written or oral (including but not limited to telephone notice of hearings to obtain emergency relief) given or required to be given and all papers served or required to be served in this case (and all related cases, if any) be given or served upon them as follows:

> James S. Crockett, Jr., Esquire (WVSB #9229)
> Spilman Thomas & Battle, PLLC
> P.O. Box 273
> Charleston, West Virginia 25321-0273
> Telephone: (304) 340-3824
> Facsimile:  (304) 340-3801
> jcrockett@spilmanlaw.com

        Peter M. Pearl, Esquire
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, Virginia  24002
Telephone: (540) 512-1804
Facsimile: (540) 342-4480
ppearl@spilmanlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, plans, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or by other means.

        PENN VIRGINIA OPERATING COMPANY, LLC

        By Spilman Thomas & Battle, PLLC

        /s/ James S. Crockett, Jr.
James S. Crockett, Jr.  (WVSB #9229)
Spilman Thomas & Battle, PLLC
P.O. Box 273
Charleston, West Virginia 25321-0273
Telephone:  (304) 340-3824
Facsimile:  (304) 340-3801
jcrockett@spilmanlaw.com

Peter M. Pearl, Esquire (VSB #22344)
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, Virginia  24002
Telephone: (540) 512-1800
Facsimile: (540) 342-4480
ppearl@spilmanlaw.com

- 3 -

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| | ) | |
| **BLACKJEWEL, L.L.C.,** *et al,* | ) | **Case No. 3:19-30289** |
| | ) | |
| **Debtors** | ) | **(Joint Administration Requested)** |

## CERTIFICATE OF SERVICE

I, James S. Crockett, Jr., do hereby certify that on July 16, 2019, the foregoing **Notice of Appearance** was filed with the Court using the CM/ECF system which will send notification of such filing.

    /s/ James S. Crockett, Jr.
James S. Crockett, Jr.  (WVSB #9229)
Spilman Thomas & Battle, PLLC
P.O. Box 273
Charleston, West Virginia 25321-0273
Telephone:  (304) 340-3824
Facsimile:  (304) 340-3801
jcrockett@spilmanlaw.com

Peter M. Pearl, Esquire (VSB #22344)
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, Virginia  24002
Telephone: (540) 512-1800
Facsimile: (540) 342-4480
ppearl@spilmanlaw.com