IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

In re:

Blackjewel, L.L.C.,

Debtor

Civil Action No. 3:19-bk-30289

Chapter 11

### NOTICE OF APPEARANCE

Please take notice that Shawn P. George, Nathan S. Gimpel and Chris Dickerson are counsel for Blackjewel Marketing and Sales, LP in this action. Please send all ECF filings, correspondence, pleadings, documents, etc., to the following email address: sgeorge@gandllaw.com; nathangimpel@paulhastings.com and chrisdickerson@paulhastings.com.

BLACKJEWEL MARKETING
AND SALES HOLDINGS, LP
By Counsel

/s/ Shawn P. George
(W.Va. State Bar #1370)
George & Lorensen, PLLC
1526 Kanawha Blvd. E
Charleston, WV  25311
Phone:  304-343-5555
Fax:    304-342-2513
sgeorge@gandllaw.com

and

Nathan S. Gimpel, Esquire
(Ill. State Bar #6312898)
Chris Dickerson, Esquire
(Ill. State Bar #6255846)
Paul Hastings LLP
71 South Wacker Drive
Suite 4500
Chicago, IL 60606
nathangimpel@paulhastings.com
chrisdickerson@paulhastings.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

In re:

Blackjewel, L.L.C.,

Debtor

Civil Action No. 3:19-bk-30289

Chapter 11

### CERTIFICATE OF SERVICE

I Shawn P. George do hereby certify that I served the Notice of Appearance for Blackjewel Marketing and Sales Holdings, LP on counsel of record this 17th day of July, 2019, using the Court's CM/ECF filing system which will send notification of such filing to all CM/ECF participants.

/s/ Shawn P. George
(W.Va. State Bar #1370)
George & Lorensen, PLLC
1526 Kanawha Blvd. E
Charleston, WV  25311
Phone:  304-343-5555
Fax:    304-342-2513
sgeorge@gandllaw.com

and

Nathan S. Gimpel, Esquire
(Ill. State Bar #6312898)
Chris Dickerson, Esquire
(Ill. State Bar #6255846)
Paul Hastings LLP
71 South Wacker Drive
Suite 4500
Chicago, IL 60606
nathangimpel@paulhastings.com
chrisdickerson@paulhastings.com