# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Blackjewel, L.L.C., *et al.*, ) | Case No. 19-bk-30289 |
| ) | |
| Debtors.[1] ) | (Jointly Administered) |

## DEBTORS' SECOND STATUS REPORT ON POST-PETITION FINANCING

Blackjewel, L.L.C., and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, hereby submit this second status report with respect to their continuing efforts to obtain additional post-petition financing:

1. On July 12, 2019, the Debtors reported to the Court that they were in discussions with one of their pre-petition secured lenders, Riverstone Credit Partners ("Riverstone"), and other potential lenders with respect to providing additional post-petition financing to fund the Debtors' chapter 11 cases.

2. On July 15, 2019, the Debtors filed "Debtors' Status Report on Post-Petition Financing" (Doc. No. 221) (the "Initial Status Report") in which it provided the Court and interested parties a report as to their continuing efforts to obtain additional post-petition financing.

3. Since the filing of the Initial Status Report, the Debtors have continued to seek such financing to fund their chapter 11 cases. These efforts are on-going but have not yet produced a final agreement.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Blackjewel, L.L.C. (0823); Blackjewel Holdings L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908) and Revelation Energy, LLC (4605). The headquarters for each of the Debtors is located at 1051 Main Street, Milton, West Virginia 25541-1215.

4.      The Debtors and their advisors continue to consult with the Office of the United States Trustee and their primary stakeholders and their advisors, including Riverstone, United Bank and the Official Committee of Unsecured Creditors, among others, throughout this process. The Debtors and their advisors will continue to pursue all reasonable alternatives for financing and will continue to keep the Court and interested parties informed.

DATED: July 17, 2019                              **SUPPLE LAW OFFICE, PLLC**

By:  */s/ Joe M. Supple*
      Joe M. Supple, Bar. No. 8013
      801 Viand St.
      Point Pleasant, WV 25550
      Telephone: 304.675.6249
      Facsimile: 304.675.4372
      joe.supple@supplelaw.net

      – and –

**SQUIRE PATTON BOGGS (US) LLP**

Stephen D. Lerner (admitted *pro hac vice*)
Nava Hazan (admitted *pro hac vice*)
Travis A. McRoberts (admitted *pro hac vice*)
201 E. Fourth St., Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Facsimile: 513.361.1201
stephen.lerner@squirepb.com
nava.hazan@squirepb.com
travis.mcroberts@squirepb.com

*Proposed Co-Counsel to the Debtors and Debtors-in-Possession*