*Frank W. Volk, Chief Judge*
*United States Bankruptcy Court*
*Southern District of West Virginia*

**Dated: July 30th, 2019**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Blackjewel, L.L.C., *et al.*, | ) | Case No. 19-30289 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |

**ORDER DENYING THE SUPPLEMENTAL EMERGENCY MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION FOR INTERIM AND FINAL ORDER AUTHORIZING DEBTORS TO (A) OBTAIN SECURED PRIMING POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364; (B) AUTHORIZE DEBTORS TO USE CASH COLLATERAL AND OTHER COLLATERAL AND GRANT ADEQUATE PROTECTION TO PRE-PETITION SECURED LENDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 363; (C) SCHEDULE FINAL HEARING PURSUANT TO RULES 4001(B), 4001(C) AND 9014; AND (D) GRANT RELATED RELIEF**

Upon the supplemental motion [Dkt. No. 36] (the "Second DIP Motion")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order pursuant to sections 361, 362, 363, 364 and 507 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002, 4001, 6003, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 4001-2 of the Local Rules for the United States

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Blackjewel, L.L.C. (0823); Blackjewel Holdings L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908) and Revelation Energy, LLC (4605). The headquarters for each of the Debtors is located at 1051 Main Street, Milton, West Virginia 25541-1215.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Second DIP Motion.

Bankruptcy Court for the Southern District of West Virginia (the "Local Rules"), for entry of an interim order to be provided shortly to this Court by the Debtors: (a) authorizing the Debtors to obtain secured priming debtor-in-possession financing with priority over certain administrative expenses secured by priming liens on certain property of the Debtors' estates; (b) authorizing the Debtors to use cash collateral and other collateral and grant adequate protection; (c) modifying the automatic stay to the extent necessary to implement the terms of the DIP Order; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Second DIP Motion in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Second DIP Motion having been given under the circumstances; and this Court having held a hearing on the Second DIP Motion on July 2, 2019 (the "Hearing"); and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1. For the reasons set forth on the record at the Hearing, the Second DIP Motion is DENIED.

2. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Presented By:

/s/ Joe M. Supple
Joe M. Supple (W.Va. Bar No. 8013)
SUPPLE LAW OFFICE, PLLC
801 Viand Street
Point Pleasant, WV 25550
304-675-6249
joe.supple@supplelaw.net

- and –

Stephen D. Lerner
Nava Hazan
Travis A. McRoberts
SQUIRE PATTON BOGGS (US) LLP
201 E. Fourth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Facsimile: 513.361.1201
stephen.lerner@squirepb.com
nava.hazan@squirepb.com
travis.mcroberts@squirepb.com

*Proposed Co-Counsel for the Debtors*