Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
## Southern District of West Virginia

Room 3200  
300 Virginia Street East  
Charleston, WV 25301

Bankruptcy Proceeding No.: 3:19–bk–30289  
Chapter: 11  
Judge: Frank W. Volk

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Blackjewel L.L.C. | Blackjewel Holdings L.L.C. |
| 1051 Main Street | 1051 Main Street |
| Milton, WV 25541 | Milton, WV 25541 |

Social Security No.:

Employer's Tax I.D. No.:  
26–3810823                                           30–0544745

PLEASE TAKE NOTICE that the hearing previously scheduled for 8/7/19 at 1:30 is rescheduled (upon the oral motion of the parties, which was granted by the Court). The rescheduled hearing will be held at

Bankruptcy Courtroom A, 6400 Robert C. Byrd U.S. Courthouse, 300 Virginia Street East, Charleston, WV 25301

on 8/9/19 at 03:00 PM

to consider and act upon the following:

[388] Motion filed by UnitedHealthcare Insurance Company, United HealthCare Services, Inc. to Compel Revelation Energy, LLC, and together with its affiliated co–Debtors to Assume or Reject the Administrative Services Agreement, Stop Loss Insurance Policy and Vision Insurance Policy.

At the time listed above, parties who have been granted permission by the Court to appear by telephone <u>at this presently scheduled hearing</u>, should dial 1–888–273–3658 and use Access Code 1039652. Parties appearing by telephone should also mute their phone line until such time as the case they are appearing for is called.

Dated: 8/7/19

Matthew J. Hayes  
Clerk, U.S. Bankruptcy Court

BY: Leslie J. Gallian  
Deputy Clerk