**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Blackjewel, L.L.C., *et al.*, | ) | Case No. 19-30289 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |

**STIPULATION AND AGREED ORDER RESOLVING MOTION OF KOMATSU MINING CORPORATION AND JOY GLOBAL SURFACE MINING INC. FOR CLARIFICATION OR RECONSIDERATION OF THE FINAL ORDER AUTHORIZING DEBTORS TO OBTAIN JUNIOR POSTPETITION FINANCING**

Blackjewel, LLC, on behalf of itself and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), Komatsu Mining Corporation and Joy Global Surface Mining Inc. (together, "Komatsu") and the Junior DIP Lenders (as defined below), through their respective undersigned counsel, hereby stipulate and agree as follows:

## RECITALS

A. On July 1, 2019 and July 25, 2019 (together, the "Petition Date"), the Debtors commenced their cases under chapter 11 of the Bankruptcy Code.

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Blackjewel, L.L.C. (0823); Blackjewel Holdings L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908); Revelation Energy, LLC (4605); Dominion Coal Corporation (2957); Harold Keene Coal Co. LLC (6749); Vansant Coal Corporation (2785); Lone Mountain Processing, LLC (0457); Powell Mountain Energy, LLC (1024); and Cumberland River Coal LLC (2213). The headquarters for each of the Debtors is located at 1051 Main Street, Milton, West Virginia 25541-1215.

B. The Debtors' bankruptcy cases are being jointly administered and the Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

C. On August 26, 2019, the Court entered the *Final Order Authorizing Debtors to Obtain Junior Post-Petition Financing* [Docket No. 918] (the "Junior DIP Final Order") which granted the Debtors authority to obtain $2.9 million in post-petition financing from the DIP Lenders (as defined in the Junior DIP Final Order) (the "Junior DIP Lenders").

D. On August 28, 2019, Komatsu filed the *Motion For Clarification or Reconsideration of the Final Order Authorizing Debtors to Obtain Junior Post-Petition Financing Filed August 26, 2019* [Docket No. 940] (the "Motion") with the Court.

E. In the Motion, Komatsu states, among other things, that it possesses validly perfected first priority security interests (the "Komatsu Liens") in the following two electric mining shovels utilized by the Debtors: (i) Electric Shovel Model 4100XPB, Serial No. ES41125 and (ii) Electric Shovel Model 4100, Serial No. ES55301 (together, the "Shovels"). In the Motion, Komatsu maintains that the DIP Liens (as defined in the Junior DIP Final Order) cannot, among other things, prime the Komatsu Liens on the Shovels without providing Komatsu with adequate protection in accordance with relevant provisions in the Bankruptcy Code.

F. The parties hereto have been engaged in good faith negotiations to resolve the issues raised in the Motion and have reached an agreement with respect thereto as set forth in this Stipulation and Agreed Order.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Pursuant to Section 364(c)(3) of the Bankruptcy Code, the Junior DIP Final Order is hereby amended to provide that the DIP Liens in the Shovels as identified herein above shall be junior in priority to the Komatsu Liens, to the extent the Komatsu Liens in the Shovels were valid, perfected, enforceable and unavoidable liens as of the Petition Date.

2. Upon the Court entering this Stipulation and Agreed Order, the Motion, and all objections of Komatsu to the Fourth DIP Motion (as defined in the Motion), shall be deemed withdrawn, with prejudice, and Komatsu shall file a notice with the Court irrevocably withdrawing the Motion and any objections to the Fourth DIP Motion within three (3) business days after the entry of the Stipulation and Agreed Order.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation, interpretation and/or enforcement of this Stipulation and Agreed Order modifying the Junior DIP Final Order. The Parties agree that this Court shall have exclusive jurisdiction to apply and enforce the terms of this Stipulation and Agreed Order.

4. The 14-day stay of effectiveness is waived.

[*Signature Pages Follow*]

Submitted by:

**PIETRAGALLO GORDON**
**ALFANO BOSICK & RASPANTI, LLP**

*By: /s/ Richard J. Parks*
Robert D' Anniballe Jr. (WV ID #0920)
Richard J. Parks (PA ID #40477) (*admitted pro hac vice*)
John W. Kettering (PA ID #316945) (*admitted pro hac vice*)
333 Penco Road Weirton, WV 26062
Telephone: 304.723.6314
Facsimile: 304.723.6317
rjd@pietragallo.com
rjp@pietragallo.com
jk@pietragallo.com

*Counsel to Komatsu Mining Corporation and*
*Joy Global Surface Mining Inc.*

**SUPPLE LAW OFFICE, PLLC**

Joe M. Supple No. 8013
801 Viand St.
Point Pleasant, WV 25550
Telephone: 304-675-6249
joe.supple@supplelaw.net

– and –

**SQUIRE PATTON BOGGS (US) LLP**

*/s/ Stephen D. Lerner*
Stephen D. Lerner (admitted *pro hac vice*)
Nava Hazan (admitted *pro hac vice*)
Travis A. McRoberts (admitted *pro hac vice*)
201 E. Fourth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Facsimile: 513.361.1201
stephen.lerner@squirepb.com
nava.hazan@squirepb.com
travis.mcroberts@squirepb.com

*Co-Counsel for the Debtors and*
*Debtors-in-Possession*

**JACKSON KELLY PLLC**

Elizabeth Amandus (WV No. 11062)
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, West Virginia 25322
Telephone: 304.340.1000
Facsimile: 304.340.1180
eamandus@jacksonkelly.com

– and –

**PAUL, WEISS, RIFKIND,**
**WHARTON & GARRISON LLP**

*/s/ Jacob A. Adlerstein*
Jacob A. Adlerstein (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: 212.373.3142
Facsimile: 212.757.3990
jadlerstein@paulweiss.com

*Co-Counsel to the Junior DIP Lenders*