## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: <br><br> BLACKJEWEL, L.L.C., *et al*.., <br><br> Debtors[1]. | Bankruptcy No. 19-30289 <br><br> Chapter 11 |

### NOTICE OF APPEAL

NOW COMES Fifth Third Bank ("Fifth Third"), by and through counsel, and files its Notice of Appeal from this Court's approval of the "Debtors' Releases of Purchaser" provisions of this Court's Order (A) Approving Sale Of Debtors' Purchased Assets Free And Clear Of Liens, Claims, Interests, And Encumbrances, (B) Authorizing Assumption And Assignment Of Executory Contracts And Unexpired Leases, And (C) Granting Related Relief entered August 29, 2019 [Doc. No. #964]. Fifth Third's appeal is limited to this Court's approval of "Debtors' Releases of Purchasers" which appear at paragraph KK of the Court's Findings and paragraph 21 of the Court's Order. A copy of the Order being appealed is attached hereto as **Exhibit A**.

Date: September 12, 2019

Respectfully submitted,
BERNSTEIN-BURKLEY, P.C.

By:/s/ *Kirk B. Burkley*
Kirk B. Burkley, Esq., WV I.D.: 11767
Robert S. Bernstein, Esq., WV I.D.: 4708
John J. Richardson, Esq., WV I.D.: 13140
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone: (412) 456-8108
Fax:    (412) 456-8135
Email: kburkley@bernsteinlaw.com

*Counsel for Fifth Third Bank*

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer Identification number are as follows: Blackjewel, L.L.C. (0823); Blackjewel Holdings, L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908) and Revelation Energy, LLC (4605). The headquarters of each Debtor is located at 1051 Mail Street, Milton, West Virginia 25541-1215.

## CERTIFICATE OF SERVICE

      I, Kirk B. Burkley, hereby certify that the foregoing Notice of Appeal was filed and served via the Court's CM/ECF system, as well as the parties listed below pursuant to the Notice Requirements in the Order Approving Bidding Procedures [Doc. No. 356] on September 12, 2019.

**By First Class Mail:**

Blackjewel, L.L.C.
1051 Main Street
Milton, WV 22541
Attn: David J. Beckman

**Via E-mail Notification:**

Stephen D. Lerner – Proposed Debtors' Co-Counsel
Stephen.lerner@squirepb.com

Joe M. Supple – Proposed Debtors' Co-Counsel
info@supplelaw.net, supplelawoffice@yahoo.com

Kevin W. Barrett – Counsel to Riverstone Credit Partners – Direct, L.P.
kbarrett@baileyglasser.com

Joseph G. Bunn on behalf of Creditor United Bank
joseph.bunn@steptoe-johnson.com

David L. Bissett on behalf of U.S. Trustee United States Trustee
David.L.Bissett@usdoj.gov

Jacob Alderstein – Counsel to Highbridge Capital Management
jalderstein@paulweiss.com

Angela Libby – Counsel to Contura
angela.libby@davispolk.com

Damian Schaible – Counsel to Contura
damian.schaible@davispolk.com

Brandy M Rapp – Proposed Creditors' Committee Counsel
brapp@wtplaw.com

                                             By:/s/ *Kirk B. Burkley*
                                               Kirk B. Burkley, Esq.