**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Blackjewel, L.L.C., *et al.*, | ) | Case No. 19-30289 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |

**AGREED ORDER GRANTING EMERGENCY MOTION OF
CATERPILLAR FINANCIAL SERVICES CORPORATION FOR
RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)**

This matter came before the Court upon the emergency motion for relief from the automatic stay filed by Caterpillar Financial Services Corporation ("CFSC") on July 29, 2019 [Docket No. 362] (the "Motion"); and the parties having previously entered into an *Agreed Order Adjourning the Emergency Motion of Caterpillar Financial Services Corporation for Relief from the Automatic Stay Under Section 11 U.S.C. § 362(d)* [Docket No. 915] to adjourn the initial hearing on the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Blackjewel, L.L.C. (0823); Blackjewel Holdings L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908); Revelation Energy, LLC (4605); Dominion Coal Corporation (2957); Harold Keene Coal Co. LLC (6749); Vansant Coal Corporation (2785); Lone Mountain Processing, LLC (0457); Powell Mountain Energy, LLC (1024); and Cumberland River Coal LLC (2213). The headquarters for each of the Debtors is located at 1051 Main Street, Milton, West Virginia 25541-1215.

Motion in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given under the circumstances; and this Court having found that good and sufficient cause exists for the relief granted by this Agreed Order

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is GRANTED as set forth herein.

2. CFSC is hereby granted relief from the automatic stay pursuant to Bankruptcy Code section 362(d) solely to (i) take immediate possession of the equipment collateral set forth on **Exhibit A** hereto (the "Equipment Collateral"), (ii) enforce its rights to obtain possession of the Equipment Collateral to the extent permitted by applicable non-bankruptcy law; and (iii) to exercise any other right or remedy available to it under law or equity with respect to the repossession of the Equipment Collateral, including the disposition of the Equipment Collateral under Article 9 of the Uniform Commercial Code.

3. To facilitate CFSC's immediate possession of the Equipment Collateral, for the 90 days following entry of this Agreed Order, the Debtors shall permit CFSC reasonable ingress, egress and regress to real properties owned or leased by the Debtors to the extent necessary for CFSC to retrieve the Equipment Collateral. The Debtors shall provide the last known location for each piece or unit of the Equipment Collateral by worksite, mine, physical address or such other location information possessed or known by Debtors, and otherwise cooperate fully with CFSC in locating the Equipment Collateral. Such information shall be provided to CFSC, ATTN: Greg Harms, 2120 West End Avenue, Nashville, TN 37203, Greg.Harms@cat.com, (615) 341-8204. The Debtors shall provide CFSC with a contact person to communicate with regarding access to the Debtors' properties and leases for the retrieval of the Equipment

Collateral. The contact person for the Debtors shall be David Runyon of Blackjewel, L.L.C., whose contact information shall be provided to CFSC immediately upon entry of this order.

4. Any access to real properties owned or leased by the Debtors described in paragraph three of this Agreed Order is expressly conditioned upon the following: (i) CFSC and any third-party agents contracted by CFSC to retrieve the Equipment Collateral shall furnish proof of sufficient insurance coverage to protect against any loss or harm incurred in connection with entry into real properties owned or leased by the Debtors and retrieval of the Equipment Collateral; and (ii) CFSC shall indemnify and hold harmless the Debtors and each of their respective successors and assigns as well as their current and former officers, directors, employees, agents, attorneys, investment bankers and financial advisors, from any loss or damage arising from or related to CFSC's entry into real properties owned or leased by the Debtors and retrieval of the Equipment Collateral.

5. Notwithstanding the foregoing, to the extent Equipment Collateral is located on real property that is not owned or leased by the Debtors, CFSC should work with the applicable land owner or lease holder to agree upon terms for such entry and retrieval. To the extent known, the Debtors shall provide to CFSC the name of the owner or lease holder of any properties on which the Equipment Collateral may be located. Such information shall be provided to CFSC, ATTN: Greg Harms, 2120 West End Avenue, Nashville, TN 37203, Greg.Harms@cat.com, (615) 341-8204. The Debtors shall not be liable for any failure of CFSC and such land owner or lease holder to agree to terms for entry and retrieval of the Equipment Collateral.

6. CFSC shall file an amended proof of claim to reflect the deficiency claim, if any, that remains following repossession and sale of the Equipment Collateral. The Debtors and other parties in interest reserve the right to object to any claims of CFSC.

7. For the avoidance of doubt, the automatic stay is modified only to the extent set forth herein and shall otherwise remain in full force and effect. CFSC may not rely upon this Agreed Order to attempt to collect on any deficiency claim or take any other action not expressly authorized by this Agreed Order.

8. Notwithstanding the possible applicability of Bankruptcy Rules 4001(a)(3), 6004(h), 7062, 9014 or otherwise, this Agreed Order shall be immediately effective and enforceable upon its entry.

9. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Agreed Order.

10. The automatic stay is not modified to permit any act to collect any deficiency or other obligation allegedly owed by the Debtors.

[Remainder of Page Intentionally Left Blank]

Submitted by:

**STOLL KEENON OGDEN PLLC**

*/s/ Gregory D. Pavey*
Gregory D. Pavey
Jessica L. Middendorf
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507
Telephone: (859) 231-3000
Facsimile: (859) 253-1093
E-mail: gregory.pavey@skofirm.com
jessica.middendorf@skofirm.com

- and -

**BOWLES RICE LLP**

Michael R. Proctor (WVSB# 9122)
Zachary J. Rosencrance (WVSB# 13040)
600 Quarrier Street
Charleston, West Virginia 25301
Telephone: (304) 347-1100
Facsimile: (304) 343-2867
E-mail: mproctor@bowlesrice.com
zrosencrance@bowlesrice.com

*Co- Counsel for Caterpillar Financial Services Corporation*

**SUPPLE LAW OFFICE, PLLC**

Joe M. Supple No. 8013
801 Viand St.
Point Pleasant, WV 25550
304-675-6249
joe.supple@supplelaw.net

– and –

**SQUIRE PATTON BOGGS (US) LLP**

*<u>/s/ Stephen D. Lerner</u>*
Stephen D. Lerner (admitted *pro hac vice*)
Nava Hazan (admitted *pro hac vice*)
Travis A. McRoberts (admitted *pro hac vice*)
201 E. Fourth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Facsimile: 513.361.1201
stephen.lerner@squirepb.com
nava.hazan@squirepb.com
travis.mcroberts@squirepb.com

*Co-Counsel for the Debtors and*
*Debtors-in-Possession*

# EXHIBIT A

**Blackjewel LLC**
**CAT Collateral Listing**

| Manufacturer | Model | Identification Number |
|---|---|---|
| CATERPILLAR | 980K | W7K00650 |
| CATERPILLAR | 226 | 5FZ04569 |
| CATERPILLAR | 349EL | TFG00316 |
| CATERPILLAR | 345DL | EEH00614 |
| CATERPILLAR | 988H | BXY04569 |
| CATERPILLAR | 320CL | ANB02414 |
| CATERPILLAR | 924H | HXC00213 |
| CATERPILLAR | 980H | JMS03452 |
| CATERPILLAR | 416 | 5PC06456 |
| CATERPILLAR | 769D | 5TR00558 |
| CATERPILLAR | 16M | R9H00393 |
| CATERPILLAR | 980G | AWH00901 |
| CATERPILLAR | 980H | JMS05284 |
| CATERPILLAR | 14G | 96U07418 |
| CATERPILLAR | D9R | 7TL01063 |
| CATERPILLAR | IT18F | 6ZF00329 |
| CATERPILLAR | 329EL | PLW01374 |
| CATERPILLAR | D8N | 5TJ02390 |
| CATERPILLAR | 777F | JRP03250 |
| CATERPILLAR | 777B | 4YC00631 |
| CATERPILLAR | D10N | 2YD01297 |
| CATERPILLAR | 769C | 01X04360 |
| CATERPILLAR | D9T | TWG00216 |
| CATERPILLAR | 336DL | W3K00745 |
| CATERPILLAR | D6R | ADE01039 |
| CATERPILLAR | 777F | JRP03227 |
| CATERPILLAR | 777F | JRP01653 |
| CATERPILLAR | 992K | H4C00586 |
| CATERPILLAR | 988H | BXY02817 |
| CATERPILLAR | D9T | TWG00299 |
| CATERPILLAR | 988H | BXY04616 |
| CATERPILLAR | 777G | RDR00113 |
| CATERPILLAR | D9T | RJS01783 |
| CATERPILLAR | D9T | RJS01782 |
| CATERPILLAR | D9T | RJS01732 |
| CATERPILLAR | D9T | RJS01449 |
| CATERPILLAR | 980K | W7K00567 |
| CATERPILLAR | 980H | JMS01401 |
| CATERPILLAR | 769D | 5TR00289 |
| CATERPILLAR | 349EL | MPZ00365 |
| CATERPILLAR | 349EL | MPZ00247 |
| CATERPILLAR | D6T | KJL01075 |
| CATERPILLAR | 773B | 63W02732 |
| CATERPILLAR | 980C | 63X03761 |
| CATERPILLAR | 322CL | HEK01037 |
| CATERPILLAR | 924H | HXC02367 |
| CATERPILLAR | 980H | JMS06244 |
| CATERPILLAR | D9T | RJS01679 |
| CATERPILLAR | D9T | RJS01317 |

**Blackjewel LLC**
**CAT Collateral Listing**

| Manufacturer | Model | Identification Number |
|---|---|---|
| CATERPILLAR | 980C | 63X07779 |
| CATERPILLAR | 980C | 63X03359 |
| CATERPILLAR | D8L | 53Y02429 |
| CATERPILLAR | 777B | 4YC00276 |
| CATERPILLAR | D8T | KPZ03037 |
| CATERPILLAR | 980H | JMS06038 |
| CATERPILLAR | 773B | 63W01829 |
| CATERPILLAR | 140H | 5HM00435 |
| CATERPILLAR | 773D | 7ER00741 |
| CATERPILLAR | 773D | 7ER00711 |
| CATERPILLAR | 988F | 2ZR01342 |
| CATERPILLAR | 980G | AWH00685 |
| CATERPILLAR | D9T | RJS01757 |
| CATERPILLAR | D9T | RJS01366 |
| CATERPILLAR | D8T | KPZ01710 |
| CATERPILLAR | 345DL | EEH00585 |
| CATERPILLAR | 988F | 8YG00393 |
| CATERPILLAR | 980C | 63X07760 |
| CATERPILLAR | 769D | 5TR00565 |
| CATERPILLAR | 777B | 4YC01741 |
| CATERPILLAR | 777B | 4YC01416 |
| SULLAIR | 1600HAF | 15063 |
| CATERPILLAR | 777F | JRP01600 |
| CATERPILLAR | 777F | JRP03317 |
| CATERPILLAR | D11T | GEB00974 |
| CATERPILLAR | 988H | BXY04388 |
| CATERPILLAR | 16H | 6ZJ00513 |
| CATERPILLAR | 769D | 5TR00176 |
| CATERPILLAR | D9T | RJS01635 |
| CATERPILLAR | D9T | TWG00228 |
| CATERPILLAR | D9T | RJS01628 |
| CATERPILLAR | D9T | RJS01450 |
| CATERPILLAR | D9T | RJS01329 |
| CATERPILLAR | D9T | RJS00355 |
| CATERPILLAR | D9R | ABK00515 |
| CATERPILLAR | D9R | 8BL01386 |
| CATERPILLAR | 988H | BXY04849 |
| CATERPILLAR | 330DL | MWP00759 |
| CATERPILLAR | 416B | 8SG07879 |
| CATERPILLAR | 930G | TWR00523 |
| CATERPILLAR | D6R | 5LN03111 |
| CATERPILLAR | 966D | 99Y00601 |
| CATERPILLAR | D5M | 6GN00542 |
| CATERPILLAR | D6R | WRG00740 |
| CATERPILLAR | 980K | W7K00570 |
| CATERPILLAR | D9T | RJS01457 |
| CATERPILLAR | 930H | DHC01156 |
| CATERPILLAR | D8N | 9TC01514 |
| CATERPILLAR | 14G | 96U06213 |

**Blackjewel LLC**
**CAT Collateral Listing**

| Manufacturer | Model | Identification Number |
|---|---|---|
| CATERPILLAR | 988F | 8YG00461 |
| CATERPILLAR | D7R | 3DN00334 |
| CATERPILLAR | D8T | KPZ02838 |
| CATERPILLAR | 773E | BDA00614 |
| CATERPILLAR | 773B | 63W75213 |
| CATERPILLAR | D9T | RJS01811 |
| CATERPILLAR | 14M | R9J00413 |
| CATERPILLAR | 16M | B9H00426 |
| CATERPILLAR | D8T | KPZ01711 |
| CATERPILLAR | 992K | H4C00385 |
| CATERPILLAR | D8N | 9TC01516 |
| CATERPILLAR | D8N | 5TJ00457 |
| CATERPILLAR | D11T | GEB01013 |
| CATERPILLAR | 992K | H4C00592 |
| CATERPILLAR | 980H | JMS01630 |
| CATERPILLAR | 777F | JRP03304 |
| CATERPILLAR | 777F | JRP03232 |
| CATERPILLAR | 777F | JRP03231 |
| CATERPILLAR | 777F | JRP02239 |
| CATERPILLAR | D9R | ABK00649 |
| CATERPILLAR | D8R | 7XM04725 |
| CATERPILLAR | D9T | RJS01582 |
| CATERPILLAR | 777F | JRP03168 |
| CATERPILLAR | 777F | JRP01469 |
| CATERPILLAR | 980H | JMS05505 |
| CATERPILLAR | D11T | JEL00196 |
| CATERPILLAR | 992K | H4C00580 |
| CATERPILLAR | 777F | JRP03167 |
| CATERPILLAR | 16M | B9H00680 |
| CATERPILLAR | 980H | JMS04235 |
| CATERPILLAR | 777F | JRP03166 |
| CATERPILLAR | 777F | JRP03318 |
| CATERPILLAR | 777F | JRP03164 |
| CATERPILLAR | 777F | JRP03096 |
| CATERPILLAR | 777F | JRP03061 |
| CATERPILLAR | 16M | R9H00461 |
| CATERPILLAR | 16M | R9H00239 |