| | | |
|---|---|---|
| **DEBTOR(S):** | Blackjewel L.L.C. | **MONTHLY OPERATING REPORT** |
| **CASE NUMBER:** | 19-bk-30289 | CHAPTER 11 |

## COVER SHEET

**For Period End Date:** 7/31/2019

**Accounting Method:** Accrual Basis [X]   Cash Basis [ ]

Mark One Box for Each Required Document:

Debtor must attach each of the following documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [X] | [ ] | 1. Statement of total cash receipts and disbursements |
| [X] | [ ] | 2. Income statement that reflects net operating income or loss for the monthly period |
| [X] | [ ] | 3. Statement of the increase or decrease in cash for the reporting period |
| [X] | [ ] | 4. Aging of accounts receivable |
| [X] | [ ] | 5. Aging of post-petition accounts payable |
| [X] | [ ] | 6. Statement of the tax withholding account |
| [X] | [ ] | 7. Statement of post-petition payments to secured creditors |
| [X] | [ ] | 8. Statements as to the general condition of the Debtor(s) in Possession's business |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** 10/30/19

**Print Name:** Drew Kesler

**Signature:** /s/ Drew Kesler

**Title:** CFO

Revised 10/23/19

This narrative covers the period of July 1, 2019, through July 31, 2019 (the "MOR Period"). Events occurring after the MOR Period, and prior to the execution of the monthly operating report will be reported in the appropriate and subsequent monthly operating report.

**Bankruptcy Process**

Blackjewel L.L.C. and its affiliated debtors and debtors in possession (collectively, the "Debtors") filed for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101, *et seq*. (the "Bankruptcy Code") on July 1, 2019, or July 24, 2019 (the "Petition Date"). The Debtors are continuing in possession of their property and are operating and managing their business and affairs as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

At the outset of their cases the Debtors filed the following ("First Day Motions"):

i. motion for joint administration, which was granted on July 3, 2019;
ii. motion to extend time to Debtors suspended operations and furloughed their employees on the Petition Date file schedules and statements of financial affairs to July 31, 2019, which was granted on July 23, 2019;
iii. motion for interim and final orders authorizing the Debtors to pay prepetition employee wages and related expenses, which was granted on an interim basis on July 3, 2019;[1]
iv. motion for interim and final orders authorizing the Debtors to maintain existing bank accounts and related relief, which was granted on an interim basis on July 4, 2019;
v. motion for interim and final orders authorizing the Debtors to pay certain prepetition claims of critical vendors and shippers, which was granted on an interim basis on July 23, 2019; and
vi. motion for interim and final orders authorizing the Debtors to obtain postpetition financing from Jeffrey A, Hoops, Sr. and Clearwater Investment Holdings, LLC, which was subsequently withdrawn.

A hearing to consider the First Day Motions was scheduled for July 1, 2019, and was subsequently continued to July 2, 2019.

The Official Committee of Unsecured Creditors (the "Committee") was appointed on July 3, 2019. On the same day, the Debtors filed a motion for an order authorizing the Debtors to obtain interim postpetition financing from Riverstone Credit Partners, which was granted on an interim basis the same day.

On July 9, 2019, the Debtors filed applications with the Court to employ the following professionals: (i) Squire Patton Boggs (US) LLP, as lead counsel for the Debtors; (ii) Supple Law Office, as local bankruptcy counsel; (iii) FTI Consulting, Inc., as the Debtors' financial advisor; (iv) Prime Clerk LLC, as the claims, noticing, solicitation, balloting, and/or tabulation agent; and (v) Jefferies LLC, as the Debtors' investment banker. The following day, the Committee filed an application to employ Whiteford, Taylor & Preston as counsel.

---

[1] Additionally orders granting final relief with respect to the First Day Motions were entered after the MOR Period.

On July 19, 2019, the Debtors filed a motion for an order authorizing the Debtors to obtain interim postpetition financing from Highbridge Capital Management, LLC and Whitebox Advisors LLC, which was granted on an interim basis the same day.

On July 25, 2019, the Debtors filed a motion seeking authorization to, among other things, authorize the sale of substantially all of the Debtors' assets pursuant to certain bidding procedures in a public auction.  On July 26, 2019, the Court entered the order approving the expedited sale process and the bidding procedures, and establishing July 31, 2019, as the deadline to submit bids for the Debtors' assets.

**Operations**

On the Petition Date, the Debtors suspended operations and furloughed almost all of their employees.  The Debtors have since returned approximately 190 of the employees back to work to protect the value of the Debtors' mines, but ordinary operations have not resumed.

| DEBTOR(S): | Blackjewel L.L.C. | | | | CASE NO: | 19-bk-30289 | | | | | |

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (CURRENT MONTH)**

7/1/2019 to 7/31/2019　　Month　　7-19

**CASH FLOW SUMMARY**

| | | Blackjewel L.L.C. 19-30289 | Revelation Energy Holdings, LLC 19-30291 | Revelation Management Corp. 19-30293 | Revelation Energy, LLC 19-30292 | Blackjewel Holdings, L.L.C. 19-30290 | Dominion Coal Corporation 19-30323 | Harold Keene Coal Co. LLC 19-30324 | Vansant Coal Corporation 19-30325 | Lone Mountain Processing, LLC 19-30326 | Powell Mountain Energy, LLC 19-30327 | Cumberland River Coal, LLC 19-30328 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | **Beginning Cash Balance** $ | 313,812 | - | - | - | - | - | - | - | - | - | - | 313,812 |
| 2. | Cash Receipts | | | | | | | | | | | | |
| | Sales | 858,680 | - | - | - | - | - | - | - | - | - | - | 858,680 |
| | Sale of Assets [1] | 525,200 | - | - | - | - | - | - | - | - | - | - | 525,200 |
| | Loans/advances | 13,884,000 | - | - | - | - | - | - | - | - | - | - | 13,884,000 |
| | Intercompany Transfer | - | - | - | - | - | - | - | - | - | - | - | - |
| | Miscellaneous | - | - | - | - | - | - | - | - | - | - | - | - |
| | Total Cash Receipts $ | 15,267,880 | - | - | - | - | - | - | - | - | - | - | 15,267,880 |
| 3. | Cash Disbursements | | | | | | | | | | | | |
| | Operations [1] | (6,381,218) | - | - | - | - | - | - | - | - | - | - | (6,381,218) |
| | Debt Service/Secured loan payment | - | - | - | - | - | - | - | - | - | - | - | - |
| | Professional fees/U.S. Trustee fees | - | - | - | - | - | - | - | - | - | - | - | - |
| | Professional fees paid from retainer | - | - | - | - | - | - | - | - | - | - | - | - |
| | Intercompany Transfer | - | - | - | - | - | - | - | - | - | - | - | - |
| | Total Cash Disbursements $ | (6,381,218) | - | - | - | - | - | - | - | - | - | - | (6,381,218) |
| 4. | Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 8,886,662 | - | - | - | - | - | - | - | - | - | - | 8,886,662 |
| 5 | **Ending Cash Balance** $ | 9,200,474 | - | - | - | - | - | - | - | - | - | - | 9,200,474 |

**Notes:**

[1] These amounts have been updated. Previously, the amount indicated in the "Sale of Assets" under Cash Receipts was net of $98 in bank fees incurred for incoming wires. This $98 has been added back to the Cash Receipts amount and added into the "Operations" section of Cash Disbursements. This amount does not reflect actual amounts received from the sale of assets.

Revised 10/23/2019

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

For Period: 7/1/2019 to 7/31/2019

**CASH RECEIPTS DETAIL**          **Account No:**    *2824 and *4445
*(attach additional sheets as necessary)*

| Date | Payer | Entity | Description | Amount (USD$) |
|---|---|---|---|---:|
| 7/7/2019 | BNSF Railway | Blackjewel L.L.C. | Sales | 58,274.88 |
| 7/14/2019 | Blackjewel Marketing and Sales | Blackjewel L.L.C. | Sales | 148,675.40 |
| 7/17/2019 | Blackjewel Marketing and Sales | Blackjewel L.L.C. | Sales | 93,242.24 |
| 7/17/2019 | Blackjewel Marketing and Sales | Blackjewel L.L.C. | Sales | 112,616.67 |
| 7/18/2019 | Blackjewel Marketing and Sales | Blackjewel L.L.C. | Sales | 126,957.06 |
| 7/18/2019 | Blackjewel Marketing and Sales | Blackjewel L.L.C. | Sales | 132,490.06 |
| 7/24/2019 | Union Pacific Rail Road | Blackjewel L.L.C. | Sales | 16,641.45 |
| 7/25/2019 | Blackjewel Marketing and Sales | Blackjewel L.L.C. | Sales | 84,171.77 |
| 7/29/2019 | Blackjewel Marketing and Sales | Blackjewel L.L.C. | Sales | 85,610.85 |
| 7/3/2019 | DIP | Blackjewel L.L.C. | Loans/advances | 3,000,000.00 |
| 7/19/2019 | DIP | Blackjewel L.L.C. | Loans/advances | 2,784,000.00 |
| 7/26/2019 | DIP | Blackjewel L.L.C. | Loans/advances | 8,100,000.00 |
| 7/31/2019 | Bidder | Blackjewel L.L.C. | Sale of Assets | 500,000.00 |
| 7/31/2019 | Bidder | Blackjewel L.L.C. | Sale of Assets | 10,000.00 |
| 7/31/2019 | Bidder | Blackjewel L.L.C. | Sale of Assets | 10,000.00 |
| 7/31/2019 | Bidder | Blackjewel L.L.C. | Sale of Assets | 2,000.00 |
| 7/31/2019 | Bidder | Blackjewel L.L.C. | Sale of Assets | 2,000.00 |
| 7/31/2019 | Bidder | Blackjewel L.L.C. | Sale of Assets | 1,000.00 |
| 7/31/2019 | Bidder | Blackjewel L.L.C. | Sale of Assets | 200.00 |
| | | | **Total Sales** | $ 858,680.39 |
| | | | **Total Intercompany Transfers** | 0.00 |
| | | | **Total Sale of Assets** | 525,200.00 |
| | | | **Total Miscellaneous** | 13,884,000.00 |
| | | | **Total Cash Receipts** | $ <u>15,267,880.39</u> [1] |

[1] Excludes cash activity between debtor accounts.

| DEBTOR(S): | Blackjewel L.L.C. | | CASE NO: | 19-bk-30289 |

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 7/1/2019 to 7/31/2019

**CASH DISBURSEMENTS DETAIL**  Account No: *2824 and *4445
*(attach additional sheets as necessary)*

| Entity | Date [1] | Check No. | Payee | Description (Purpose) | Amount (USD$) |
|---|---|---|---|---|---|
| Blackjewel L.L.C. | 7/5/2019 | | United Bank - Bank Fees | Operations | 114.00 |
| Blackjewel L.L.C. | 7/5/2019 | | CAPP Payroll | Operations | 350,910.35 |
| Blackjewel L.L.C. | 7/5/2019 | | PRB Payroll | Operations | 56,175.98 |
| Blackjewel L.L.C. | 7/5/2019 | | CAPP 401K | Operations | 47,575.95 |
| Blackjewel L.L.C. | 7/5/2019 | | PRB 401K | Operations | 7,101.99 |
| Blackjewel L.L.C. | 7/5/2019 | | CAPP H.S.A | Operations | 2,263.12 |
| Blackjewel L.L.C. | 7/5/2019 | | 941 - CAPP- Payroll | Operations | 131,794.40 |
| Blackjewel L.L.C. | 7/5/2019 | | 941 - PRB- Payroll | Operations | 17,197.19 |
| Blackjewel L.L.C. | 7/5/2019 | | Colonial Life | Operations | 46,915.29 |
| Blackjewel L.L.C. | 7/5/2019 | | Impact Energy Trust | Operations | 159,720.28 |
| Blackjewel L.L.C. | 7/5/2019 | | K. Hatfield | Operations | 73,336.12 |
| Blackjewel L.L.C. | 7/5/2019 | | Mountaineer Investigation | Operations | 33,600.00 |
| Blackjewel L.L.C. | 7/5/2019 | | P&P Construction | Operations | 60,340.00 |
| Blackjewel L.L.C. | 7/5/2019 | | Nalco | Operations | 16,800.00 |
| Blackjewel L.L.C. | 7/12/2019 | | United Bank | Operations | 150.00 |
| Blackjewel L.L.C. | 7/12/2019 | | CAPP Payroll | Operations | 78,084.38 |
| Blackjewel L.L.C. | 7/12/2019 | | PRB Payroll | Operations | 104,608.75 |
| Blackjewel L.L.C. | 7/12/2019 | | CAPP 401K | Operations | 9,650.74 |
| Blackjewel L.L.C. | 7/12/2019 | | PRB 401K | Operations | 13,226.29 |
| Blackjewel L.L.C. | 7/12/2019 | | CAPP H.S.A | Operations | 2,546.18 |
| Blackjewel L.L.C. | 7/12/2019 | | PRB H.S.A | Operations | 2,868.80 |
| Blackjewel L.L.C. | 7/12/2019 | | Child Support / Garnishments | Operations | 400.00 |
| Blackjewel L.L.C. | 7/12/2019 | | Child Support / Garnishments | Operations | 689.53 |
| Blackjewel L.L.C. | 7/12/2019 | | 941 - CAPP- Payroll | Operations | 25,707.56 |
| Blackjewel L.L.C. | 7/12/2019 | | 941 - PRB- Payroll | Operations | 30,086.14 |
| Blackjewel L.L.C. | 7/12/2019 | | VA W/H | Operations | 9,148.00 |
| Blackjewel L.L.C. | 7/12/2019 | | First Insurance Funding | Operations | 337,330.72 |
| Blackjewel L.L.C. | 7/12/2019 | | K. Hatfield | Operations | 37,044.00 |
| Blackjewel L.L.C. | 7/12/2019 | | Mountaineer Investigation | Operations | 3,360.00 |
| Blackjewel L.L.C. | 7/12/2019 | | P&P Construction | Operations | 21,458.38 |
| Blackjewel L.L.C. | 7/12/2019 | | Paul Higginbotham (Cleaning) | Operations | 225.00 |
| Blackjewel L.L.C. | 7/12/2019 | | Sopris | Operations | 28,650.00 |
| Blackjewel L.L.C. | 7/12/2019 | | Expense Checks | Operations | 9,792.99 |
| Blackjewel L.L.C. | 7/12/2019 | | United Industrial | Operations | 9,500.00 |
| Blackjewel L.L.C. | 7/12/2019 | | Buckley Powder | Operations | 52,920.41 |
| Blackjewel L.L.C. | 7/12/2019 | | Nalco | Operations | 8,400.00 |
| Blackjewel L.L.C. | 7/19/2019 | | United Bank | Operations | 1,061.00 |
| Blackjewel L.L.C. | 7/19/2019 | | Paul Weiss | Operations | 125,000.00 |
| Blackjewel L.L.C. | 7/19/2019 | | Rockwood | Operations | 1,250,000.00 |
| Blackjewel L.L.C. | 7/19/2019 | | UHC Admin/ Stop Loss/ Vision | Operations | 270,316.20 |
| Blackjewel L.L.C. | 7/19/2019 | | UHC Claims | Operations | 591,992.34 |
| Blackjewel L.L.C. | 7/19/2019 | | K. Hatfield | Operations | 37,044.00 |
| Blackjewel L.L.C. | 7/19/2019 | | Mountaineer Investigation | Operations | 10,716.00 |
| Blackjewel L.L.C. | 7/19/2019 | | P&P Construction | Operations | 30,117.50 |
| Blackjewel L.L.C. | 7/19/2019 | | Cabell Co Taxes | Operations | 118.00 |
| Blackjewel L.L.C. | 7/19/2019 | | Paul Higginbotham (Cleaning) | Operations | 225.00 |
| Blackjewel L.L.C. | 7/26/2019 | | United Bank | Operations | 414.00 |
| Blackjewel L.L.C. | 7/26/2019 | | CAPP Payroll | Operations | 283,256.57 |
| Blackjewel L.L.C. | 7/26/2019 | | PRB Payroll | Operations | 162,133.61 |
| Blackjewel L.L.C. | 7/26/2019 | | CAPP 401K | Operations | 35,143.74 |
| Blackjewel L.L.C. | 7/26/2019 | | PRB 401K | Operations | 22,364.47 |
| Blackjewel L.L.C. | 7/26/2019 | | CAPP H.S.A. | Operations | 2,386.20 |
| Blackjewel L.L.C. | 7/26/2019 | | PRB H.S.A. | Operations | 5,616.84 |
| Blackjewel L.L.C. | 7/26/2019 | | Child Support/Garnishments | Operations | 1,133.21 |
| Blackjewel L.L.C. | 7/26/2019 | | KY W/H | Operations | 27,370.99 |

| DEBTOR(S): | Blackjewel L.L.C. | CASE NO: | 19-bk-30289 |

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 7/1/2019 to 7/31/2019

**CASH DISBURSEMENTS DETAIL**  **Account No:**  *2824 and *4445
*(attach additional sheets as necessary)*

| Entity | Date [1] | Check No. | Payee | Description (Purpose) | Amount (USD$) |
|---|---|---|---|---|---|
| Blackjewel L.L.C. | 7/26/2019 | | WV W/H | Operations | 9,100.00 |
| Blackjewel L.L.C. | 7/26/2019 | | VA W/H | Operations | 5,493.00 |
| Blackjewel L.L.C. | 7/26/2019 | | Chapter 13 | Operations | 923.08 |
| Blackjewel L.L.C. | 7/26/2019 | | UHC Admin/ Stop Loss/ Vision | Operations | 232,590.54 |
| Blackjewel L.L.C. | 7/26/2019 | | UHC Claims | Operations | 702,927.12 |
| Blackjewel L.L.C. | 7/26/2019 | | K. Hatfield | Operations | 37,044.00 |
| Blackjewel L.L.C. | 7/26/2019 | | Mountaineer Investigation | Operations | 10,080.00 |
| Blackjewel L.L.C. | 7/26/2019 | | P&P Construction | Operations | 34,487.69 |
| Blackjewel L.L.C. | 7/26/2019 | | Paul Higginbotham (Cleaning) | Operations | 225.00 |
| Blackjewel L.L.C. | 7/26/2019 | | A&A Supplies | Operations | 1,139.50 |
| Blackjewel L.L.C. | 7/26/2019 | | Blair Tire | Operations | 18,063.46 |
| Blackjewel L.L.C. | 7/26/2019 | | Brian's Battery Service | Operations | 4,693.54 |
| Blackjewel L.L.C. | 7/26/2019 | | Expense Checks | Operations | 9,593.23 |
| Blackjewel L.L.C. | 7/26/2019 | | Jones Oil | Operations | 5,880.70 |
| Blackjewel L.L.C. | 7/26/2019 | | Marshall Miller | Operations | 25,000.00 |
| Blackjewel L.L.C. | 7/26/2019 | | Martin Marietta | Operations | 7,500.00 |
| Blackjewel L.L.C. | 7/26/2019 | | SAMS | Operations | 4,392.00 |
| Blackjewel L.L.C. | 7/26/2019 | | United Central | Operations | 12,411.37 |
| Blackjewel L.L.C. | 7/26/2019 | | United Industrial | Operations | 33,600.00 |
| Blackjewel L.L.C. | 7/26/2019 | | Energy Laboratories, Inc. | Operations | 940.50 |
| Blackjewel L.L.C. | 7/26/2019 | | Harms Oil | Operations | 50,000.00 |
| Blackjewel L.L.C. | 7/26/2019 | | Nalco | Operations | 8,400.00 |
| Blackjewel L.L.C. | 7/31/2019 | | United Bank | Operations | 89.00 |
| Blackjewel L.L.C. | 7/31/2019 | | 941 - CAPP- Payroll | Operations | 118,498.92 |
| Blackjewel L.L.C. | 7/31/2019 | | 941 - PRB- Payroll | Operations | 55,330.21 |
| Blackjewel L.L.C. | 7/31/2019 | | First Insurance Funding | Operations | 337,330.72 |
| Blackjewel L.L.C. | 7/31/2019 | | Utilities | Operations | 207.54 |
| Blackjewel L.L.C. | 7/31/2019 | | Irontrax, LLC | Operations | 3,500.00 |
| Blackjewel L.L.C. | 7/31/2019 | | Jones Oil | Operations | 5,208.90 |
| Blackjewel L.L.C. | 7/31/2019 | | United Central | Operations | 368.16 |
| Blackjewel L.L.C. | 7/31/2019 | | United Bank - Bank Fees | Operations | 14.00 |
| Blackjewel L.L.C. | 7/31/2019 | | United Bank - Bank Fees | Operations | 14.00 |
| Blackjewel L.L.C. | 7/31/2019 | | United Bank - Bank Fees | Operations | 14.00 |
| Blackjewel L.L.C. | 7/31/2019 | | United Bank - Bank Fees | Operations | 14.00 |
| Blackjewel L.L.C. | 7/31/2019 | | United Bank - Bank Fees | Operations | 14.00 |
| Blackjewel L.L.C. | 7/31/2019 | | United Bank - Bank Fees | Operations | 14.00 |
| Blackjewel L.L.C. | 7/31/2019 | | United Bank - Bank Fees | Operations | 14.00 |
| | | | | $ | **6,381,218.39** [2] |

**Notes:**
[1] All disbursements are assumed to have occurred on Fridays for weeks ending Sunday.  Disbursements made between 7/29/19 - 7/31/19 are assumed to have occurred on 7/31/19.
[2] Excludes cash activity between debtor accounts.

Revised 10/23/2019

**SUPPORTING SCHEDULES**

For Period: 7/1/2019 to 7/31/2019

| Accounts Receivable Aging Summary (attach detailed aging report) | | | | | |
|---|---|---|---|---|---|
| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
| Pre-petition receivables | $ - | $ - | $ - | $ - | $ - |
| Post-petition receivables [1] | $ 692,759 | $ - | $ - | $ - | $ - |
| Total | $ 692,759 | $ - | $ - | $ - | $ - |

| Post-Petition Accounts Payable Aging Summary (attach detailed aging report) | | | | | |
|---|---|---|---|---|---|
| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
| Trade Payables | $ 1,371,976 | $ - | $ - | $ - | $ 1,371,976 |
| Other Payables | $ - | $ - | $ - | $ - | $ - |
| Total | $ 1,371,976 | $ - | $ - | $ - | $ 1,371,976 |

| SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Court Approval Date | Month-end Balance Due [2] |
| Squire Patton Boggs (US) LLP | $ 7,321 | $ 1,411,590 | $ - | 8/13/2019 | $ 1,411,590 |
| FTI Consulting, LLC | - | 986,548 | - | 8/13/2019 | 986,548 |
| Jefferies | - | 150,000 | - | 8/13/2019 | 150,000 |
| Supple Law Office, PLLC | 12,820 | 36,420 | - | 8/13/2019 | 36,420 |
| Prime Clerk | - | 139,335 | - | 8/13/2019 & 8/21/2019 | 139,335 |
| Berkeley Research Group, LLC | - | 111,664 | - | 8/27/2019 | 111,664 |
| Whiteford Taylor Preston, LLP | - | 298,785 | - | 8/13/2019 | 298,785 |
| Total | $ 20,141 | $ 3,134,342 | $ - | | $ 3,134,342 |

| SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES | | | |
|---|---|---|---|
| Payee Name | Position | Nature of Payment | Amount |
| Drew Kesler | CFO | Wages | $ 16,885 |
| Drew Kesler | CFO | Expenses | 818 |
| Chris Slone | COO (East) | Wages | 32,806 |
| Joff Pilon | COO (West) | Wages | 15,542 |
| Joff Pilon | COO (West) | Expenses | 1,400 |

*Notes:*

[1] All post-petition accounts receivable are from Blackjewel Marketing & Sales LLC.

[2] Balance due to include fees and expenses incurred but not yet paid.

Revised 10/23/2019

**SUPPORTING SCHEDULES**

**For Period:** 7/1/2019 **to** 7/31/2019

| | \[Summary of Post-Petition Taxes\] | | | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| Type of tax | Unpaid post-petition taxes from prior reporting month(1) | Post-petition taxes accrued this month (new obligations) | Post-petition tax payments made this reporting month | Unpaid post-petition taxes at end of reporting month (columns 1+2-3) |
| **Federal** | | | | |
| Employee income tax withheld | | $195,301 | $195,301 | |
| Employee FICA taxes withheld | | $109,199 | $109,199 | |
| Employer FICA taxes | | $109,199 | 75,854 | 33,345 |
| Unemployment taxes | | | | |
| Other:_____ | | | | |
| **State** | | | | |
| Sales, use & excise taxes | | 70,233 | 38,461 | 31,772 |
| Unemployment taxes | | 126 | | 126 |
| Other: KY, VA, WV, OH income tax withheld | | 51,242 | 51,112 | 130 |
| **Local** | | | | |
| Real and personal property taxes | | 473,388 | | 473,388 |
| | | | **Total unpaid post-petition taxes** | **$538,759** |

*[1] For first report, the beginning balance in column 1 will be $0; thereafter, beginning balance will be ending balance from prior report.*

| **Statement of post-petition payments to secured creditors** |
|---|
| The Debtors made no post-petition payments to secured creditors during July 2019. |

| **Insurance Coverage Summary** |
|---|
| Pursuant to the Interim Order (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, Including Premium Financing, and (B) Renew, Supplement, or Purchase Insurance Policies; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief; Docket No. 282 entered on July 23, 2019, the Debtors were authorized to maintain their Insurance Programs and pay Insurance Obligations without interruption and in accordance with the same practices and procedures as were in effect prior to the commencement of the Debtors' chapter 11 cases. A listing of the Debtors' insurance policies was attached as Exhibit C to Docket No. 116. |

**Blackjewel L.L.C.**
**July Accounts Payable**

| Name | Current | 0-30 Days | 31-60 Days | 61-90 Days | 90+ Days | Total |
|---|---|---|---|---|---|---|
| AIRGAS USA LLC | 1,849 | - | - | - | - | - |
| Alpha Technologies Inc | 25,248 | - | - | - | - | - |
| American Welding & Gas Inc | 6,108 | - | - | - | - | - |
| Appalachian Power | 94,121 | - | - | - | - | - |
| Appalachian Wireless | 155 | - | - | - | - | - |
| AT&T | 3,828 | 433 | - | - | - | - |
| Black Diamond Insurance Group, LLC | 1,040 | - | - | - | - | - |
| Black Mountain Utility District | 288 | - | - | - | - | - |
| Buchanan County Public Service Authority | 236 | - | - | - | - | - |
| CENTURYLINK COMMUNICATIONS LLC | 19 | 44 | - | - | - | - |
| Cintas Corporation | 49 | - | - | - | - | - |
| Cipriani & Werner | - | 5,000 | - | - | - | - |
| Cisco Systems Capital CRP | 605 | - | - | - | - | - |
| Clearwater Investment Holdings LLC | 3,750 | - | - | - | - | - |
| Coca Cola Bottling Co | 476 | - | - | - | - | - |
| Comcast Cable | 118 | 276 | - | - | - | - |
| Comfort Inn Big Stone Gap | 154 | - | - | - | - | - |
| Cumberland Valley Electric, Inc. | 32,438 | - | - | - | - | - |
| Dump Your Junk LLC | 1,132 | - | - | - | - | - |
| East Kentucky Rental & Supply, Inc. | 842 | - | - | - | - | - |
| ENERGY LABORATORIES INC | - | 10 | - | - | - | - |
| Frontier Communications | 702 | 515 | - | - | - | - |
| Hinkle Lumber | 7,568 | - | - | - | - | - |
| HONCOOP TECHNOLOGY SVCS | 2,696 | - | - | - | - | - |
| Hughes Network Systems, LLC | 1,127 | - | - | - | - | - |
| Hyden-Leslie Co. Water District | 148 | - | - | - | - | - |
| INTER MOUNTAIN LABORATORIES INC | 204 | - | - | - | - | - |
| INTERSTATE POWERSYSTEMS | 2,634 | - | - | - | - | - |
| Jaima Mahaney. | 101 | - | - | - | - | - |
| Jones Oil Company, Inc. | 5,993 | - | - | - | - | - |
| Kentucky Power Company | 33,802 | - | - | - | - | - |
| KOMAX, LLC. | 153 | - | - | - | - | - |
| KU PPL Company | 223,786 | - | - | - | - | - |
| Lee County Public Service Authority | 172 | - | - | - | - | - |
| Lusk Disposal Service, Inc. | 1,042 | - | - | - | - | - |
| Marlin Business Bank | 669 | - | - | - | - | - |
| Mountaineer Investigation & Security | 2,025 | - | - | - | - | - |
| NORCO INC | 6,187 | - | - | - | - | - |
| Norfolk Southern Railway Company | 739 | - | - | - | - | - |
| ODP | 108,455 | - | - | - | - | - |
| Orkin | 91 | - | - | - | - | - |
| P & P Construction | 3,540 | - | - | - | - | - |
| P&A Engineers and Consultants, Inc. | 1,795 | - | - | - | - | - |
| POWDER RIVER ENERGY CORP | 277,671 | - | - | - | - | - |
| Powell Valley Stone Co. Inc | 3,621 | - | - | - | - | - |
| RAIL LINK INC | 53,200 | - | - | - | - | - |
| Randall Watts | 242 | - | - | - | - | - |
| Republic Services, Inc. | 95 | - | - | - | - | - |
| S G S NORTH AMERICA INC | 6,260 | - | - | - | - | - |
| SAFETY KLEEN SYSTEMS INC | 2,422 | - | - | - | - | - |
| SGS North America, Inc | 6,371 | - | - | - | - | - |
| SLS WEST INC | 7,089 | - | - | - | - | - |
| Southern Appalachian Mine Supply, Inc. | 8,330 | - | - | - | - | - |
| Strata Safety Products, LLC | 8,611 | - | - | - | - | - |
| Suddenlink | 1,509 | 208 | - | - | - | - |
| Sunset Digital Holding LLC DBA Point Broadband | 323 | - | - | - | - | - |

**Blackjewel L.L.C.**
**July Accounts Payable**

| Name | Amount | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Current | 0-30 Days | 31-60 Days | 61-90 Days | 90+ Days | Total |
| TDS | 1,571 | - | - | - | - | - |
| Time Warner Cable | 1,586 | - | - | - | - | - |
| TISDALE CREEK RANCH INC | 2,376 | - | - | - | - | - |
| Town of Appalachia | 103 | - | - | - | - | - |
| Town of Honaker | 35 | - | - | - | - | - |
| Treasurer of Virginia | 6,130 | - | - | - | - | - |
| TRU TECH PRODUCTS LLC | 89,674 | - | - | - | - | - |
| Tyler Mountain Water Co, Inc | 83 | - | - | - | - | - |
| United American Security | 9,554 | - | - | - | - | - |
| United American Security Dba GardaWorld Security Services | 5,019 | - | - | - | - | - |
| UNITED CENTRAL INDUSTRIAL SUPPLY | 22,730 | - | - | - | - | - |
| UNITED HEALTHCARE INSURANCE CO | - | 216,768 | - | - | - | - |
| United Industrial Services, Inc. | 14,000 | - | - | - | - | - |
| Verizon | 5,103 | 619 | - | - | - | - |
| Waste Connections of KY | 972 | - | - | - | - | - |
| WATER GUY LLC | 2,187 | - | - | - | - | - |
| Water Service Corp of KY (Utilities Inc) | 27 | - | - | - | - | - |
| WESTERN FUELS WYOMING INC | 1,057 | - | - | - | - | - |
| Windstream | 6,630 | 243 | - | - | - | - |
| WYOMING MACHINERY CO | 477 | - | - | - | - | - |
| WYOMING QUALITY HEALTHCARE | 26,717 | - | - | - | - | - |
| **Subtotal - July Post-Petition** | **1,147,861** | **224,115** | **-** | **-** | **-** | **1,371,976** |

## BLACKJEWEL L.L.C.

**Income Statement**

|  | JUL 19 |
|---|---:|
| **RAW TONS PRODUCED** | 0.00 |
|     CLEAN TONS PRODUCED | 336,745.00 |
|     % YIELD | 0% |
|     PURCHASED COAL | 0.00 |
| **SALES FINAL** | 389,953.42 |
| **SALES BJMS** | -85,388.42 |
| **ENDING INVENTORY BJMS** | 456,388.36 |
| **REVENUE:** | |
| **TOTAL REVENUE** | 10,383,435.55 |
| | |
| **COST OF GOODS SOLD:** | |
|     5010 · Hourly Payroll | 611,388.63 |
|     5020 · Salary Payroll | 846,875.79 |
|     5030 · Fringe Benefits | 1,240,092.33 |
|     5036 · Workers Compensation | 161,559.80 |
|     5040 · Vehicle Rental | 1,760.00 |
|     5100 · Diesel Fuel | 43,858.09 |
|     5101 · Lubricants | 9,867.91 |
|     5102 · Explosives | 53,454.96 |
|     5103 · Roof Control | 7,567.56 |
|     5105 · Magnetite | 0.00 |
|     5110 · Other Supplies | 71,981.40 |
|     5200 · R&M Parts | 1,004,823.03 |
|     5201 · R&M Labor | -99,665.75 |
|     5203 · R&M Tires | 6,513.46 |
|     5300 · Rentals | 90,050.37 |
|     5301 · Contractor Services | 66,986.08 |
|     5302 · Professional Services | 2,836.00 |
|     5303 · Security | 274,127.65 |
|     5304 · Analysis | 9,178.68 |
|     5305 · Permitting | 3,720.00 |
|     5306 · Electric | 644,340.57 |
|     5307 · Phone/Internet | 27,381.58 |
|     5308 · Utilities Other | 0.00 |
|     5309 · Insurance | 322,198.31 |
|     5310 · Bonding | 555,255.53 |
|     5311 · Property Taxes | 334,450.69 |
|     5312 · Depreciation | 4,984,836.82 |
|     5313 · Sales Tax | 454.18 |
|     5314 · Accretion | 773,517.44 |
|     5315 · Penalties & Fines | 602.23 |
|     5316 · Mine Development & Acc. Rec. | -138,831.95 |
|     5318 · Safety | 100.00 |

## BLACKJEWEL L.L.C.
**Income Statement**

|  | JUL 19 |
|---|---:|
| 5319 · Purchased Coal | 0.00 |
| 5399 - Allocations | 0.00 |
| **Total Controllable Costs** | 11,911,281.39 |
| **Total Cash Expenditures For Mining** | 6,152,927.13 |
|  | $ 15.78 |
| 5050 · Trucking Costs | 0.00 |
| 5060 · Processing Cost | 552,768.50 |
| 5400 · Lease Royalties | 1,135,771.62 |
| 5402 · Federal Excise Tax | 107,277.45 |
| 5403 · OSM Fees | 93,451.46 |
| 5404 · Severance Tax | 635,551.11 |
| 5405 · Depletion & Amortization | 536,527.83 |
| 5408 · Interest Expense | 0.00 |
| 5409 - Accrued Royalties & Taxes | -2,254,834.02 |
| 5501 - Travel | 4,040.00 |
| Coal Inventory Adj | 211,210.98 |
| 5600 · BJMS Expense | 11,210,247.75 |
| **Total Uncontrollable Costs** | 12,232,012.68 |
| **Total COGS** | 24,143,294.07 |
| **Gross Profit** | -13,759,858.52 |
| Expense |  |
| 6000 · SG&A | 968,960.29 |
| 6300 · Professional Services | 3,348,527.07 |
| 6600 · Insurance Expense | 78,954.47 |
| 6602 · Interest Expense | 963,089.82 |
| Total 6000 · SG&A | 5,359,531.65 |
| 66900 · Reconciliation Discrepancies | 0.00 |
| Total Expense | 29,502,825.72 |
| **Net Ordinary Income** | -19,119,390.17 |
| **OTHER INCOME/EXPENSE** | -4,935.87 |
| **Net Income** | -19,124,326.04 |
| **Depreciation, Accretion & Interest in Processing** | 355,875.38 |
| **EBITDA** | -11,510,478.75 |
|  | $ (34.18) |
| **CAPITAL EXPENDITURES** | 399,975.38 |