IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

BLACKJEWEL L.L.C., *et al.*,[1]

Debtors.

Chapter 11
Case No. 19-bk-30289
(Jointly Administered)
Judge Frank W. Volk

MOTION TO CONTINUE HEARING SCHEDULED FOR NOVEMBER 13, 2019 ON
LIGHTNING, INC.'S LIMITED OBJECTION TO DECEMBER 18, 2019

Now comes the Creditor, Lightning, Inc., ("Lightning"), by its counsel, Stephen L. Thompson, who moves the Court for an Order continuing the hearing on Lightning's Limited Objection To The Debtors' Notice Of Executory Contracts And Unexpired Leases That May Be Assumed And Assigned In Connection With The Sale Of The Debtors' Assets And Related Proposed Cure Costs [Doc. 1185] scheduled for hearing on November 13, 2019 at 1:30 p.m. by Notice of the Court dated October 21, 2019.

The reason for the continuance of the hearing is that Lightning is in negotiations with the Debtors and the Purchaser of the Pax Assets in an effort to agree upon the correct cure amounts.[2]

Counsel for the Debtors consents to the continuance and both parties request that the

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtors' taxpayer identification number are as follows: Blackjewel, L.L.C. (0803); Blackjewel Holdings, L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908); Revelation Energy, LLC (4605); Dominion Coal Corporation (2957); Harold Keene Coal Co. LLC (6749); Vansant Coal Corporation (2785); Lone Mountain Processing, LLC (0457); Powell Mountain Energy, LLC (1024); and Cumberland River Coal LLC (2213). The headquarters for each of the Debtors is located at 105 Main Street, Milton, West Virginia 25541-1215.
[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order (A) Approving Sale of Debtors' Purchased Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Doc. 964].

#92613214v2

hearing be rescheduled to December 18, 2019 at 1:30 p.m. which is a date the Court has already reserved for hearings in this case.

                                                                  LIGHTNING, INC.
                                                                   By Counsel

/s/ Stephen L. Thompson
Stephen L. Thompson (WVSB No. 3751)
Attorney for Lightning, Inc.
Barth & Thompson
P. O. Box 129
Charleston, WV  25321
Telephone:  (304) 342-7111
Fax:  (304) 342-6215
E-mail:  sthompson@barth-thompson.com

## CERTIFICATE OF SERVICE

       I, Stephen L. Thompson, do hereby certify that I have filed the "MOTION TO CONTINUE HEARING SCHEDULED FOR NOVEMBER 13, 2019 ON LIGHTNING, INC.'S LIMITED OBJECTION TO DECEMBER 18, 2019 " by electronic filing by using the CM/ECF system which will send notification of such filing to the CM/ECF participants this 8th day of November, 2019:

                                         s/ Stephen L. Thompson
                                         Stephen L. Thompson
                                         WV Bar Number:   3751
                                         Attorney for Lightning, Inc.
                                         Barth & Thompson
                                         P. O. Box 129
                                         Charleston, WV   25321
                                         Telephone:   (304) 342-7111
                                         Fax:   (304) 342-6215
                                         E-mail:   sthompson@barth-thompson.com

#92613214v2