| | | |
|---|---|---|
| **DEBTOR(S):** | Blackjewel L.L.C. | **MONTHLY OPERATING REPORT** |
| **CASE NUMBER:** | 19-bk-30289 | **CHAPTER 11** |

## COVER SHEET

**For Period End Date:** 8/31/2019

**Accounting Method:** Accrual Basis [X]   Cash Basis [ ]

Mark One Box for Each Required Document:

Debtor must attach each of the following documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [X] | [ ] | 1. Statement of total cash receipts and disbursements |
| [X] | [ ] | 2. Income statement that reflects net operating income or loss for the monthly period |
| [X] | [ ] | 3. Statement of the increase or decrease in cash for the reporting period |
| [X] | [ ] | 4. Aging of accounts receivable |
| [X] | [ ] | 5. Aging of post-petition accounts payable |
| [X] | [ ] | 6. Statement of the tax withholding account |
| [X] | [ ] | 7. Statement of post-petition payments to secured creditors |
| [X] | [ ] | 8. Statements as to the general condition of the Debtor(s) in Possession's business |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** 11/11/19   **Print Name:** Drew Kesler
**Signature:** Drew Kesler
**Title:** CFO

The summary below relates to the period from August 1, 2019 through August 31, 2019 (the "MOR Period").  Events occurring after the MOR Period will be reported in subsequent monthly operating reports, as applicable.

**Bankruptcy Process**

Blackjewel L.L.C. and its affiliated debtors and debtors in possession (collectively, the "Debtors") filed cases under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101, *et seq*. (the "Bankruptcy Code") on July 1, 2019 and July 24, 2019 (the "Petition Date").  The Debtors are continuing in possession of their property and are operating and managing their business and affairs as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

Pursuant to the Court's order authorizing the sale of substantially all of the Debtors' assets in accordance with certain approved bidding procedures, the Debtors conducted an auction on August 1, 2019 which concluded on August 4, 2019 (the "Auction").  At the conclusion of the Auction, the Debtors declared ten successful bidders and on August 5, 2019 and August 6, 2019, the Court held a hearing (the "Sale Hearing") to consider approval of the sale of the Debtors' assets to the successful bidders.  At the conclusion of the Sale Hearing, the Court approved all of the proposed sales and overruled all objections.  The Court subsequently entered orders approving the sale and sale terms of the sales to Mark Energy, LLC [Doc. No. 645]; John Deere Construction and Forestry Company [Doc. No. 666]; Rhino Energy LLC [Doc. No. 916]; Sulzer Electro Mechanical Services (US), Inc. [Doc. No. 919]; Tye Fork Coal Company, Inc. [Doc. No. 920]; Coking Coal, LLC [Doc. No. 963]; Kopper Glo Mining LLC [Docket Nos. 1096 and 1100] and Dean-McAfee Lenders [Docket No. 1214].

During the Sale Hearing, the Court also approved the sale of the Western Assets and Pax Assets to Contura Energy, Inc. ("Contura").  However, despite extensive negotiations with various governmental authorities, the approvals required to close the sale of the Western Assets to Contura were not obtained.  The Debtors thereafter elected to bifurcate the sale of the Western Assets and the Pax Assets and sought the Court's authority to sell only the Pax Assets to Contura. On August 30, 2019, the Bankruptcy Court entered an order approving the sale of the Pax Assets to Contura [Docket No. 964].

On August 5, 2019 and August 9, 2019, the U.S. Department of Labor ("DOL") filed motions in the Court to halt the movement of coal located in Harland County, Kentucky and Raven and Honaker, Virginia (the "Disputed Coal").  On August 20, 2019 and August 22, 2019, the DOL filed complaints and motions seeking temporary restraining orders in the Virginia and Kentucky district courts, respectively, regarding any attempted movement of the Disputed Coal, which motions were both initially granted.  The Court held a hearing on the Disputed Coal – characterized by the DOL as "hot goods" - on August 23, 2019, and ordered the parties to coordinate the scheduling of an evidentiary hearing.  The Court scheduled such evidentiary hearing for September 4 and 5, 2019.

On August 15, 2019, the Debtors filed their schedules and statements of financial affairs.  On August 21, 2019, the Debtors attended the section 341 meeting of creditors.

Finally, on August 25, 2019, the Debtors filed a motion to reject and terminate their health insurance plan with United Healthcare Services, Inc. and to enter into a new health insurance plan for their current employees, which the Court granted on August 30, 2019.

DEBTOR(S): Blackjewel L.L.C.     CASE NO: 19-bk-30289

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (CURRENT MONTH)**

8/1/2019 to 8/31/2019     Month 8-19

**CASH FLOW SUMMARY**

| | Blackjewel L.L.C. 19-30289 | Revelation Energy Holdings, LLC 19-30291 | Revelation Management Corp. 19-30293 | Revelation Energy, LLC 19-30292 | Blackjewel Holdings, L.L.C. 19-30290 | Dominion Coal Corporation 19-30323 | Harold Keene Coal Co. LLC 19-30324 | Vansant Coal Corporation 19-30325 | Lone Mountain Processing, LLC 19-30326 | Powell Mountain Energy, LLC 19-30327 | Cumberland River Coal, LLC 19-30328 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. **Beginning Cash Balance** | $ 6,279,960 | - | - | - | - | - | - | - | - | - | - | 6,279,960 |
| 2. Cash Receipts | | | | | | | | | | | | |
|   Sales | 2,133,955 | - | - | - | - | - | - | - | - | - | - | 2,133,955 |
|   Sale of Assets | 1,366,000 | - | - | - | - | - | - | - | - | - | - | 1,366,000 |
|   Loans/advances | - | - | - | - | - | - | - | - | - | - | - | - |
|   Intercompany Transfer | - | - | - | - | - | - | - | - | - | - | - | - |
|   Miscellaneous | - | - | - | - | - | - | - | - | - | - | - | - |
|   Total Cash Receipts | $ 3,499,955 | - | - | - | - | - | - | - | - | - | - | 3,499,955 |
| 3. Cash Disbursements | | | | | | | | | | | | |
|   Operations | (5,184,791) | - | - | - | - | - | - | - | - | - | - | (5,184,791) |
|   Debt Service/Secured loan payment | - | - | - | - | - | - | - | - | - | - | - | - |
|   Professional fees/U.S. Trustee fees | - | - | - | - | - | - | - | - | - | - | - | - |
|   Professional fees paid from retainer | - | - | - | - | - | - | - | - | - | - | - | - |
|   Intercompany Transfer | - | - | - | - | - | - | - | - | - | - | - | - |
|   Total Cash Disbursements | $ (5,184,791) | - | - | - | - | - | - | - | - | - | - | (5,184,791) |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | (1,684,835) | - | - | - | - | - | - | - | - | - | - | (1,684,835) |
| 5 **Ending Cash Balance** | $ 4,595,124 | - | - | - | - | - | - | - | - | - | - | 4,595,124 |

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

For Period: 8/1/2019 to 8/31/2019

**CASH RECEIPTS DETAIL**  Account No: *2824 and *4445
*(attach additional sheets as necessary)*

| Date | Payer | Entity | Description | Amount (USD$) |
|---|---|---|---|---|
| 8/2/2019 | Blackjewel Marketing and Sales | Blackjewel L.L.C. | Sales | 142,033.91 |
| 8/9/2019 | Blackjewel Marketing and Sales | Blackjewel L.L.C. | Sales | 178,397.76 |
| 8/16/2019 | Blackjewel Marketing and Sales | Blackjewel L.L.C. | Sales | 430,833.52 |
| 8/23/2019 | Blackjewel Marketing and Sales | Blackjewel L.L.C. | Sales | 1,507.84 |
| 8/30/2019 | Blackjewel Marketing and Sales | Blackjewel L.L.C. | Sales | 1,381,182.32 |
| 8/1/2019 | 4th Gen Fuels | Blackjewel L.L.C. | Sale of Assets | 2,000.00 |
| 8/1/2019 | Met Coals / J3 Metals | Blackjewel L.L.C. | Sale of Assets | 2,000.00 |
| 8/1/2019 | Ultra Energy | Blackjewel L.L.C. | Sale of Assets | 10,000.00 |
| 8/8/2019 | Mark Energy | Blackjewel L.L.C. | Sale of Assets | 2,000.00 |
| 8/9/2019 | Sulzer Energy | Blackjewel L.L.C. | Sale of Assets | 50,000.00 |
| 8/9/2019 | Nally & Hamilton | Blackjewel L.L.C. | Sale of Assets | 400,000.00 |
| 8/14/2019 | Rhino Energy | Blackjewel L.L.C. | Sale of Assets | 850,000.00 |
| 8/23/2019 | Coking Coal | Blackjewel L.L.C. | Sale of Assets | 50,000.00 |
| | | | **Total Sales** | $ 2,133,955.35 |
| | | | **Total Intercompany Transfers** | 0.00 |
| | | | **Total Sale of Assets** | 1,366,000.00 |
| | | | **Total Miscellaneous** | 0.00 |
| | | | **Total Cash Receipts** | $ **3,499,955.35** [1] |

[1] Excludes cash activity between debtor accounts.

| DEBTOR(S): | Blackjewel L.L.C. | | CASE NO: | 19-bk-30289 |

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 8/1/2019 to 8/31/2019

**CASH DISBURSEMENTS DETAIL**   Account No:   *2824 and *4445
*(attach additional sheets as necessary)*

| Entity | Date [1] | Check No. | Payee | Description (Purpose) | Amount (USD$) |
|---|---|---|---|---|---|
| Blackjewel L.L.C. | 8/2/2019 | | United Bank - Bank Fees | Operations | 164.00 |
| Blackjewel L.L.C. | 8/2/2019 | | UHC Claims | Operations | 84,643.49 |
| Blackjewel L.L.C. | 8/2/2019 | | K. Hatfield | Operations | 37,779.00 |
| Blackjewel L.L.C. | 8/2/2019 | | Mountaineer Investigation | Operations | 10,848.50 |
| Blackjewel L.L.C. | 8/2/2019 | | P&P Construction | Operations | 36,677.13 |
| Blackjewel L.L.C. | 8/2/2019 | | 720 - Taxes | Operations | 41,729.56 |
| Blackjewel L.L.C. | 8/2/2019 | | Centurylink Communication | Operations | 7,411.50 |
| Blackjewel L.L.C. | 8/2/2019 | | Utilities | Operations | 1,035.99 |
| Blackjewel L.L.C. | 8/2/2019 | | Cipriani & Werner | Operations | 5,000.00 |
| Blackjewel L.L.C. | 8/2/2019 | | Clearwater Investment - Rent | Operations | 3,750.00 |
| Blackjewel L.L.C. | 8/2/2019 | | Paul Higginbotham (Cleaning) | Operations | 225.00 |
| Blackjewel L.L.C. | 8/2/2019 | | CT Company | Operations | 3,071.06 |
| Blackjewel L.L.C. | 8/2/2019 | | Expense Checks | Operations | 602.87 |
| Blackjewel L.L.C. | 8/2/2019 | | Joe Jacobs | Operations | 11,500.00 |
| Blackjewel L.L.C. | 8/2/2019 | | Black Hills Energy | Operations | 340.95 |
| Blackjewel L.L.C. | 8/2/2019 | | City of Gillette | Operations | 804.38 |
| Blackjewel L.L.C. | 8/2/2019 | | CSC Leasing Company | Operations | 9,188.18 |
| Blackjewel L.L.C. | 8/2/2019 | | Enterprise Fleet Mgmt | Operations | 16,913.50 |
| Blackjewel L.L.C. | 8/2/2019 | | Inter Mountain Laboratories | Operations | 9,804.00 |
| Blackjewel L.L.C. | 8/2/2019 | | L&H Industrial | Operations | 18,707.20 |
| Blackjewel L.L.C. | 8/2/2019 | | Malta Ready Mix | Operations | 62,100.00 |
| Blackjewel L.L.C. | 8/2/2019 | | US Postal Service | Operations | 1,240.00 |
| Blackjewel L.L.C. | 8/2/2019 | | Visionary Communications | Operations | 6,489.11 |
| Blackjewel L.L.C. | 8/2/2019 | | Williams Scottsman | Operations | 4,292.98 |
| Blackjewel L.L.C. | 8/2/2019 | | Wyoming Machinery | Operations | 809.21 |
| Blackjewel L.L.C. | 8/2/2019 | | Wyoming Quality Healthcare | Operations | 65,869.74 |
| Blackjewel L.L.C. | 8/9/2019 | | United Bank - Bank Fees | Operations | 239.00 |
| Blackjewel L.L.C. | 8/9/2019 | | CAPP Payroll | Operations | 239,267.56 |
| Blackjewel L.L.C. | 8/9/2019 | | PRB Payroll | Operations | 162,079.44 |
| Blackjewel L.L.C. | 8/9/2019 | | CAPP 401K | Operations | 26,976.71 |
| Blackjewel L.L.C. | 8/9/2019 | | PRB 401K | Operations | 22,428.21 |
| Blackjewel L.L.C. | 8/9/2019 | | CAPP H.S.A. | Operations | 2,897.74 |
| Blackjewel L.L.C. | 8/9/2019 | | PRB H.S.A. | Operations | 7,625.24 |
| Blackjewel L.L.C. | 8/9/2019 | | Child Support/Garnishments - PRB | Operations | 1,444.47 |
| Blackjewel L.L.C. | 8/9/2019 | | 941 - CAPP | Operations | 94,729.26 |
| Blackjewel L.L.C. | 8/9/2019 | | 941 - PRB | Operations | 54,251.53 |
| Blackjewel L.L.C. | 8/9/2019 | | UHC Claims | Operations | 166,413.07 |
| Blackjewel L.L.C. | 8/9/2019 | | K. Hatfield | Operations | 37,901.50 |
| Blackjewel L.L.C. | 8/9/2019 | | P&P Construction | Operations | 37,232.13 |
| Blackjewel L.L.C. | 8/9/2019 | | Alpha Tech | Operations | 39,150.74 |
| Blackjewel L.L.C. | 8/9/2019 | | Cipriani & Werner | Operations | 5,000.00 |
| Blackjewel L.L.C. | 8/9/2019 | | Paul Higginbotham (Cleaning) | Operations | 225.00 |
| Blackjewel L.L.C. | 8/9/2019 | | Harms Oil | Operations | 18,083.47 |
| Blackjewel L.L.C. | 8/9/2019 | | Nalco | Operations | 25,200.00 |
| Blackjewel L.L.C. | 8/16/2019 | | United Bank - Bank Fees | Operations | 607.44 |
| Blackjewel L.L.C. | 8/16/2019 | | VA W/H | Operations | 4,768.00 |
| Blackjewel L.L.C. | 8/16/2019 | | UHC Claims | Operations | 24,358.98 |
| Blackjewel L.L.C. | 8/16/2019 | | K. Hatfield | Operations | 37,901.50 |
| Blackjewel L.L.C. | 8/16/2019 | | Mountaineer Investigation | Operations | 6,720.00 |
| Blackjewel L.L.C. | 8/16/2019 | | P&P Construction | Operations | 37,903.38 |
| Blackjewel L.L.C. | 8/16/2019 | | Hughes Net | Operations | 866.43 |
| Blackjewel L.L.C. | 8/16/2019 | | Kentucky Utilities | Operations | 49,318.67 |
| Blackjewel L.L.C. | 8/16/2019 | | Milton Municipal | Operations | 305.09 |
| Blackjewel L.L.C. | 8/16/2019 | | Windstream | Operations | 1,219.01 |
| Blackjewel L.L.C. | 8/16/2019 | | Quest Energy | Operations | 399,950.00 |

| DEBTOR(S): | Blackjewel L.L.C. | CASE NO: | 19-bk-30289 |
|---|---|---|---|

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period:  8/1/2019  to  8/31/2019

**CASH DISBURSEMENTS DETAIL**   Account No:  *2824 and *4445
*(attach additional sheets as necessary)*

| Entity | Date [1] | Check No. | Payee | Description (Purpose) | Amount (USD$) |
|---|---|---|---|---|---|
| Blackjewel L.L.C. | 8/16/2019 | | Alpha Tech | Operations | 25,248.30 |
| Blackjewel L.L.C. | 8/16/2019 | | Cipriani & Werner | Operations | 5,000.00 |
| Blackjewel L.L.C. | 8/16/2019 | | Paul Higginbotham (Cleaning) | Operations | 225.00 |
| Blackjewel L.L.C. | 8/16/2019 | | Jones Oil | Operations | 5,479.30 |
| Blackjewel L.L.C. | 8/16/2019 | | City of Gillette | Operations | 713.05 |
| Blackjewel L.L.C. | 8/16/2019 | | Harms Oil | Operations | 43,000.00 |
| Blackjewel L.L.C. | 8/16/2019 | | Honcoop | Operations | 2,695.80 |
| Blackjewel L.L.C. | 8/16/2019 | | Interstate Power Systems | Operations | 2,633.86 |
| Blackjewel L.L.C. | 8/16/2019 | | Inter Mountain Laboratories | Operations | 204.00 |
| Blackjewel L.L.C. | 8/16/2019 | | Nalco | Operations | 16,800.00 |
| Blackjewel L.L.C. | 8/16/2019 | | Record Supply | Operations | 677.24 |
| Blackjewel L.L.C. | 8/16/2019 | | SGS North America | Operations | 4,345.08 |
| Blackjewel L.L.C. | 8/16/2019 | | Skarshaug Testing Laboratory | Operations | 699.32 |
| Blackjewel L.L.C. | 8/16/2019 | | SLS West | Operations | 7,089.01 |
| Blackjewel L.L.C. | 8/16/2019 | | Tisdale Creek Ranch | Operations | 2,375.52 |
| Blackjewel L.L.C. | 8/16/2019 | | Western Fuels | Operations | 1,056.53 |
| Blackjewel L.L.C. | 8/16/2019 | | Wyoming Quality Healthcare | Operations | 26,717.43 |
| Blackjewel L.L.C. | 8/23/2019 | | United Bank - Bank Fees | Operations | 314.00 |
| Blackjewel L.L.C. | 8/23/2019 | | CAPP Payroll | Operations | 237,219.44 |
| Blackjewel L.L.C. | 8/23/2019 | | PRB Payroll | Operations | 199,462.12 |
| Blackjewel L.L.C. | 8/23/2019 | | PRB 401K | Operations | 3,804.00 |
| Blackjewel L.L.C. | 8/23/2019 | | CAPP H.S.A. | Operations | 2,386.20 |
| Blackjewel L.L.C. | 8/23/2019 | | PRB H.S.A. | Operations | 6,875.73 |
| Blackjewel L.L.C. | 8/23/2019 | | Child Support/Garnishments - PRB | Operations | 342.46 |
| Blackjewel L.L.C. | 8/23/2019 | | 941 - CAPP | Operations | 92,462.86 |
| Blackjewel L.L.C. | 8/23/2019 | | 941 - PRB | Operations | 66,627.49 |
| Blackjewel L.L.C. | 8/23/2019 | | VA W/H | Operations | 4,418.00 |
| Blackjewel L.L.C. | 8/23/2019 | | UHC Admin/Stop Loss/Vision | Operations | 210,953.41 |
| Blackjewel L.L.C. | 8/23/2019 | | UHC Claims | Operations | 51,066.52 |
| Blackjewel L.L.C. | 8/23/2019 | | K. Hatfield | Operations | 37,901.50 |
| Blackjewel L.L.C. | 8/23/2019 | | Mountaineer Investigation | Operations | 3,360.00 |
| Blackjewel L.L.C. | 8/23/2019 | | P&P Construction | Operations | 40,656.88 |
| Blackjewel L.L.C. | 8/23/2019 | | Centurylink Communication | Operations | 6,329.57 |
| Blackjewel L.L.C. | 8/23/2019 | | Kentucky Utilities | Operations | 274,350.34 |
| Blackjewel L.L.C. | 8/23/2019 | | Powder River Energy | Operations | 281,836.14 |
| Blackjewel L.L.C. | 8/23/2019 | | Utility Escrow | Operations | 245,964.00 |
| Blackjewel L.L.C. | 8/23/2019 | | Windstream | Operations | 1,009.49 |
| Blackjewel L.L.C. | 8/23/2019 | | Cipriani & Werner | Operations | 5,000.00 |
| Blackjewel L.L.C. | 8/23/2019 | | Paul Higginbotham (Cleaning) | Operations | 225.00 |
| Blackjewel L.L.C. | 8/23/2019 | | Merrill Corp | Operations | 10,543.20 |
| Blackjewel L.L.C. | 8/23/2019 | | Expense Checks | Operations | 2,949.60 |
| Blackjewel L.L.C. | 8/23/2019 | | Marshall Miller | Operations | 27,686.10 |
| Blackjewel L.L.C. | 8/23/2019 | | Shelton, Branham & Halbert | Operations | 10,000.00 |
| Blackjewel L.L.C. | 8/23/2019 | | United Industrial | Operations | 16,500.00 |
| Blackjewel L.L.C. | 8/23/2019 | | Energy Laboratories, Inc. | Operations | 9.50 |
| Blackjewel L.L.C. | 8/23/2019 | | Enterprise Fleet Mgmt | Operations | 14,922.95 |
| Blackjewel L.L.C. | 8/23/2019 | | Harms Oil | Operations | 26,841.08 |
| Blackjewel L.L.C. | 8/23/2019 | | Howard Supply Co | Operations | 964.66 |
| Blackjewel L.L.C. | 8/23/2019 | | Inter Mountain Laboratories | Operations | 11,563.55 |
| Blackjewel L.L.C. | 8/23/2019 | | Joy Global | Operations | 30,898.54 |
| Blackjewel L.L.C. | 8/23/2019 | | Komatsu | Operations | 4,200.00 |
| Blackjewel L.L.C. | 8/23/2019 | | Nalco | Operations | 16,800.00 |
| Blackjewel L.L.C. | 8/23/2019 | | Norco | Operations | 223.04 |
| Blackjewel L.L.C. | 8/23/2019 | | Rail Link | Operations | 53,200.00 |
| Blackjewel L.L.C. | 8/23/2019 | | SGS North America | Operations | 1,221.60 |

**DEBTOR(S):** Blackjewel L.L.C.  **CASE NO:** 19-bk-30289

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 8/1/2019 to 8/31/2019

**CASH DISBURSEMENTS DETAIL**  **Account No:** *2824 and *4445
*(attach additional sheets as necessary)*

| Entity | Date [1] | Check No. | Payee | Description (Purpose) | Amount (USD$) |
|---|---|---|---|---|---|
| Blackjewel L.L.C. | 8/23/2019 | | SLS West | Operations | 70.74 |
| Blackjewel L.L.C. | 8/23/2019 | | Tru Tech | Operations | 15,198.85 |
| Blackjewel L.L.C. | 8/23/2019 | | Visionary Communications | Operations | 6,489.11 |
| Blackjewel L.L.C. | 8/23/2019 | | Water Guy | Operations | 1,392.25 |
| Blackjewel L.L.C. | 8/23/2019 | | Williams Scottsman | Operations | 4,292.68 |
| Blackjewel L.L.C. | 8/30/2019 | | United Bank - Bank Fees | Operations | 303.00 |
| Blackjewel L.L.C. | 8/30/2019 | | Impact Energy Trust | Operations | 88,641.50 |
| Blackjewel L.L.C. | 8/30/2019 | | K. Hatfield | Operations | 37,901.50 |
| Blackjewel L.L.C. | 8/30/2019 | | Mountaineer Investigation | Operations | 6,756.00 |
| Blackjewel L.L.C. | 8/30/2019 | | P&P Construction | Operations | 42,128.63 |
| Blackjewel L.L.C. | 8/30/2019 | | American Electric Power | Operations | 130,741.32 |
| Blackjewel L.L.C. | 8/30/2019 | | Centurylink Communication | Operations | 1,581.53 |
| Blackjewel L.L.C. | 8/30/2019 | | Cumberland Valley Electric | Operations | 34,939.86 |
| Blackjewel L.L.C. | 8/30/2019 | | Kentucky Utilities | Operations | 32,135.61 |
| Blackjewel L.L.C. | 8/30/2019 | | Marlin Capital | Operations | 901.14 |
| Blackjewel L.L.C. | 8/30/2019 | | Milton Municipal | Operations | 577.84 |
| Blackjewel L.L.C. | 8/30/2019 | | Powder River Energy | Operations | 10,675.36 |
| Blackjewel L.L.C. | 8/30/2019 | | South Kentucky REC | Operations | 1,228.66 |
| Blackjewel L.L.C. | 8/30/2019 | | Windstream | Operations | 5,369.94 |
| Blackjewel L.L.C. | 8/30/2019 | | ONRR | Operations | 410,115.50 |
| Blackjewel L.L.C. | 8/30/2019 | | Cipriani & Werner | Operations | 5,000.00 |
| Blackjewel L.L.C. | 8/30/2019 | | Paul Higginbotham (Cleaning) | Operations | 225.00 |
| Blackjewel L.L.C. | 8/30/2019 | | Expense Checks | Operations | 730.66 |
| Blackjewel L.L.C. | 8/30/2019 | | Jones Oil | Operations | 2,499.00 |
| Blackjewel L.L.C. | 8/30/2019 | | United Industrial | Operations | 3,500.00 |
| Blackjewel L.L.C. | 8/30/2019 | | BJ Nelson, Inc | Operations | 1,375.08 |
| Blackjewel L.L.C. | 8/30/2019 | | Black Hills Energy | Operations | 80.16 |
| Blackjewel L.L.C. | 8/30/2019 | | Buckley Powder | Operations | 11,953.38 |
| Blackjewel L.L.C. | 8/30/2019 | | CSC Leasing Company | Operations | 9,188.18 |
| Blackjewel L.L.C. | 8/30/2019 | | Harms Oil | Operations | 86,400.00 |
| Blackjewel L.L.C. | 8/30/2019 | | Howard Supply Co | Operations | 412.28 |
| Blackjewel L.L.C. | 8/30/2019 | | Komatsu | Operations | 5,000.00 |
| Blackjewel L.L.C. | 8/30/2019 | | Legacy Innovations | Operations | 20,569.50 |
| Blackjewel L.L.C. | 8/30/2019 | | Malta Ready Mix | Operations | 62,100.00 |
| Blackjewel L.L.C. | 8/30/2019 | | Nalco | Operations | 16,800.00 |
| Blackjewel L.L.C. | 8/30/2019 | | Norco | Operations | 6,186.99 |
| Blackjewel L.L.C. | 8/30/2019 | | Powder River Heating & Air Conditioning | Operations | 13,041.10 |
| Blackjewel L.L.C. | 8/30/2019 | | Purvis Industries | Operations | 8,878.63 |
| Blackjewel L.L.C. | 8/30/2019 | | Record Supply | Operations | 35.69 |
| Blackjewel L.L.C. | 8/30/2019 | | RMS | Operations | 1,400.00 |
| Blackjewel L.L.C. | 8/30/2019 | | SABIA | Operations | 50.00 |
| Blackjewel L.L.C. | 8/30/2019 | | Safety Kleen Systems | Operations | 4,344.94 |
| Blackjewel L.L.C. | 8/30/2019 | | SGS North America | Operations | 693.00 |
| Blackjewel L.L.C. | 8/30/2019 | | US Postal Service | Operations | 300.00 |
| Blackjewel L.L.C. | 8/30/2019 | | Wyoming Machinery | Operations | 476.79 |

$ **5,184,790.73** [2]

**Notes:**
[1] All disbursements are assumed to have occurred on Fridays for weeks ending Sunday.
[2] Excludes cash activity between debtor accounts.

## SUPPORTING SCHEDULES

For Period: 8/1/2019 to 8/31/2019

### Accounts Receivable Aging Summary (attach detailed aging report)

|  | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Pre-petition receivables | $ - | $ - | $ - | $ - | $ - |
| Post-petition receivables [1] | $ 3,259,439 | $ - | $ - | $ - | $ - |
| Total | $ 3,259,439 | $ - | $ - | $ - | $ - |

### Post-Petition Accounts Payable Aging Summary (attach detailed aging report)

|  | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Trade Payables | $ 2,242,234 | $ 171,185 | $ - | $ - | $ 2,413,420 |
| Other Payables | $ - | $ - | $ - | $ - | $ - |
| Total | $ 2,242,234 | $ 171,185 | $ - | $ - | $ 2,413,420 |

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

|  | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Court Approval Date | Month-end Balance Due [2] |
|---|---|---|---|---|---|
| Squire Patton Boggs (US) LLP | $ 7,321 | $ 1,682,704 | $ - | 8/13/2019 | $ 3,094,294 |
| FTI Consulting, LLC | - | 905,171 | - | 8/13/2019 | 1,891,719 |
| Jefferies | - | 150,000 | - | 8/13/2019 | 300,000 |
| Supple Law Office, PLLC | 12,820 | 27,780 | - | 8/13/2019 | 64,200 |
| Prime Clerk | - | 186,667 | - | 8/13/2019 & 8/21/2019 | 326,002 |
| Berkeley Research Group, LLC | - | 96,530 | - | 8/27/2019 | 208,194 |
| Whiteford Taylor Preston, LLP | - | 278,268 | - | 8/13/2019 | 577,053 |
| Total | $ 20,141 | $ 3,327,119 | $ - |  | $ 6,461,461 |

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| Drew Kesler | CFO | Wages | $ 16,385 |
| Drew Kesler | CFO | Expenses | 1,979 |
| Chris Slone | COO (East) | Wages | 22,004 |
| Joff Pilon | COO (West) | Wages | 20,500 |

*Notes:*

*[1] All post-petition accounts receivable are from Blackjewel Marketing & Sales LLC.*

*[2] Balance due to include fees and expenses incurred but not yet paid.*

**SUPPORTING SCHEDULES**

**For Period:** 8/1/2019 **to** 8/31/2019

| Type of tax | 1<br>Unpaid post-petition taxes from prior reporting month(1) | 2<br>Post-petition taxes accrued this month (new obligations) | 3<br>Post-petition tax payments made this reporting month | 4<br>Unpaid post-petition taxes at end of reporting month (columns 1+2-3) |
|---|---|---|---|---|
| **Federal** | | | | |
| Employee income tax withheld | | $143,056 | $143,056 | |
| Employee FICA taxes withheld | | 82,507 | 82,507 | |
| Employer FICA taxes | 33,345 | 82,507 | 82,507 | 33,345 |
| Unemployment taxes | | | | |
| Other:_____ | | | | |
| **State** | | | | |
| Sales, use & excise taxes | 31,772 | 106,419 | 41,730 | 96,461 |
| Unemployment taxes | 126 | 94 | | 220 |
| Other: KY, VA, WV, OH income tax withheld | 130 | 33,399 | 9,186 | 24,343 |
| **Local** | | | | |
| Real and personal property taxes | 473,388 | 473,388 | | 946,775 |
| | | | **Total unpaid post-petition taxes** | **$1,101,144** |

*[1] For first report, the beginning balance in column 1 will be $0; thereafter, beginning balance will be ending balance from prior report.*

| **Statement of post-petition payments to secured creditors** |
|---|
| The Debtors made no post-petition payments to secured creditors during August 2019. |

| **Insurance Coverage Summary** |
|---|
| Pursuant to the Interim Order (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, Including Premium Financing, and (B) Renew, Supplement, or Purchase Insurance Policies; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief; Docket No. 282 entered on July 23, 2019, the Debtors were authorized to maintain their Insurance Programs and pay Insurance Obligations without interruption and in accordance with the same practices and procedures as were in effect prior to the commencement of the Debtors' chapter 11 cases. A listing of the Debtors' insurance policies was attached as Exhibit C to Docket No. 116. |

**Blackjewel L.L.C.**
**August Accounts Payable**

| Name | 30 Days or less | 31 to 60 Days | 61 to 90 Days | Over 90 days | Total |
|---|---|---|---|---|---|
| AIRGAS USA LLC | - | 1,849 | - | - | 1,849 |
| Alpha Technologies Inc | 1,517 | 1,433 | - | - | 2,950 |
| Appalachian Power | 83,361 | - | - | - | 83,361 |
| Appalachian Wireless | 155 | - | - | - | 155 |
| AT&T | 5,902 | 1,891 | - | - | 7,792 |
| BCN Telecom Inc. | 7,331 | - | - | - | 7,331 |
| Black Diamond Insurance Group, LLC | 1,040 | - | - | - | 1,040 |
| Black Mountain Utility District | 848 | - | - | - | 848 |
| Buchanan County Public Service Authority | 505 | - | - | - | 505 |
| CENTURYLINK COMMUNICATIONS LLC | 189 | 44 | - | - | 233 |
| CHAPTER 13 TRUSTEE EDKY | - | 5,582 | - | - | 5,582 |
| Cintas Corporation | 99 | - | - | - | 99 |
| Cisco Systems Capital CRP | 1,209 | - | - | - | 1,209 |
| Coca Cola Bottling Co | 760 | - | - | - | 760 |
| Comcast Cable | 525 | 276 | - | - | 801 |
| Comfort Inn Big Stone Gap | 154 | - | - | - | 154 |
| Cumberland Valley Electric, Inc. | 33,679 | - | - | - | 33,679 |
| Department of the Treasury - 720 | 75,528 | - | - | - | 75,528 |
| Dump Your Junk LLC | 450 | 682 | - | - | 1,132 |
| East Kentucky Rental & Supply, Inc. | 842 | - | - | - | 842 |
| ENERGY LABORATORIES INC | 3,729 | - | - | - | 3,729 |
| Frontier Communications | 1,404 | 515 | - | - | 1,919 |
| GEOTECH ENVIRONMENTAL EQUIPMENT INC | 132 | - | - | - | 132 |
| Hinkle Lumber | 7,568 | - | - | - | 7,568 |
| HONCOOP TECHNOLOGY SVCS | 18 | - | - | - | 18 |
| Hughes Network Systems, LLC | 1,570 | - | - | - | 1,570 |
| Hyden-Leslie Co. Water District | 146 | 26 | - | - | 172 |
| ICF JONES & STOKES INC | 380 | - | - | - | 380 |
| IMPACT ENERGY HEALTH TRUST | - | 59,040 | - | - | 59,040 |
| Jacobs Risk Managment, Inc | 11,500 | - | - | - | 11,500 |
| Jones Oil Company, Inc. | 1,743 | - | - | - | 1,743 |
| KENTUCKY DEPARTMENT OF REVENUE | 18,080 | - | - | - | 18,080 |
| Kentucky Power Company | 19,365 | - | - | - | 19,365 |
| KOMAX, LLC. | 952 | - | - | - | 952 |
| KU PPL Company | 486,887 | 229 | - | - | 487,116 |
| Lee County Public Service Authority | 291 | - | - | - | 291 |
| Lusk Disposal Service, Inc. | 1,042 | - | - | - | 1,042 |
| Marlin Business Bank | 1,591 | - | - | - | 1,591 |
| Milton Municipal Utilities Commission | 622 | - | - | - | 622 |
| Mountaineer Investigation & Security | 35,758 | - | - | - | 35,758 |
| NORCO INC | 6,199 | - | - | - | 6,199 |
| Norfolk Southern Railway Company | 739 | - | - | - | 739 |
| Northwestern Mutual Life | - | 1,813 | - | - | 1,813 |
| ODP | 128,484 | 3,316 | - | - | 131,800 |
| OPTUM BANK | 2,386 | - | - | - | 2,386 |
| Orkin | 91 | - | - | - | 91 |
| P & P Construction | 46,955 | - | - | - | 46,955 |
| P&A Engineers and Consultants, Inc. | 1,795 | - | - | - | 1,795 |
| POWDER RIVER ENERGY CORP | 202,135 | - | - | - | 202,135 |

**Blackjewel L.L.C.**
**August Accounts Payable**

| Name | Amount 30 Days or less | 31 to 60 Days | 61 to 90 Days | Over 90 days | Total |
|---|---|---|---|---|---|
| Powell Valley Stone Co. Inc | 3,621 | - | - | - | 3,621 |
| PRUDENTIAL GROUP INSURANCE | - | 73,430 | - | - | 73,430 |
| Purchase Power | 189 | - | - | - | 189 |
| RAIL LINK INC | 53,200 | - | - | - | 53,200 |
| Randall Watts | 217 | - | - | - | 217 |
| Republic Services, Inc. | 377 | - | - | - | 377 |
| Rockwood Casualty Insurance Company | 787,093 | - | - | - | 787,093 |
| Russell County PSA | 45 | - | - | - | 45 |
| S G S NORTH AMERICA INC | 8,587 | - | - | - | 8,587 |
| SAFETY KLEEN SYSTEMS INC | 2,422 | - | - | - | 2,422 |
| SGS North America, Inc | 9,831 | - | - | - | 9,831 |
| Shelton, Branham & Halbert, PLLC | - | 5,000 | - | - | 5,000 |
| Southern Appalachian Mine Supply, Inc. | - | 8,330 | - | - | 8,330 |
| Strata Safety Products, LLC | 8,611 | - | - | - | 8,611 |
| Suddenlink | 3,260 | 208 | - | - | 3,468 |
| Sunset Digital Holding LLC DBA Point Broadband | 768 | - | - | - | 768 |
| TDS | 1,571 | - | - | - | 1,571 |
| Time Warner Cable | 3,173 | - | - | - | 3,173 |
| Town of Appalachia | 310 | - | - | - | 310 |
| Town of Honaker | 95 | - | - | - | 95 |
| Treasurer of Virginia | 6,130 | - | - | - | 6,130 |
| TRU TECH PRODUCTS LLC | 69,546 | - | - | - | 69,546 |
| Tyler Mountain Water Co, Inc | 165 | - | - | - | 165 |
| United American Security | 9,554 | - | - | - | 9,554 |
| United American Security Dba GardaWorld Security Services | 27,157 | - | - | - | 27,157 |
| UNITED CENTRAL INDUSTRIAL SUPPLY | 24,426 | - | - | - | 24,426 |
| United Industrial Services, Inc. | - | 4,500 | - | - | 4,500 |
| Vanbibber III, Gary | 58 | - | - | - | 58 |
| Verizon | 10,591 | 619 | - | - | 11,209 |
| Waste Connections of KY | 972 | - | - | - | 972 |
| Water Service Corp of KY (Utilities Inc) | 47 | - | - | - | 47 |
| Windstream | 8,040 | 493 | - | - | 8,533 |
| WV Bureau of Employment Programs | - | 1,910 | - | - | 1,910 |
| WV STATE TAX DEPARTMENT | 6,034 | - | - | - | 6,034 |
| Xerox Corporation | 485 | - | - | - | 485 |
| **Subtotal - August Post-Petition** | **2,242,234** | **171,185** | **-** | **-** | **2,413,420** |

**BLACKJEWEL, LLC**
**Income Statement**

|  | AUG 19 |
|---|---:|
| **RAW TONS PRODUCED** | 423,844.00 |
|     CLEAN TONS PRODUCED | 423,844.00 |
|     % YIELD | 100% |
|     PURCHASED COAL | 0.00 |
| **SALES FINAL** | 447,951.00 |
| **SALES BJMS** | 0.00 |
| **ENDING INVENTORY BJMS** | 599,774.36 |
| **REVENUE:** |  |
| **TOTAL REVENUE** | 5,171,121.53 |
|  |  |
| **COST OF GOODS SOLD:** |  |
|     5010 · Hourly Payroll | 453,295.20 |
|     5020 · Salary Payroll | 398,474.18 |
|     5030 · Fringe Benefits | 364,585.19 |
|     5036 · Workers Compensation | 646,352.00 |
|     5040 · Vehicle Rental | 800.00 |
|     5100 · Diesel Fuel | 174,246.64 |
|     5101 · Lubricants | 5,863.53 |
|     5102 · Explosives | 20,203.38 |
|     5103 · Roof Control | 0.00 |
|     5105 · Magnetite | 0.00 |
|     5110 · Other Supplies | 31,906.16 |
|     5200 · R&M Parts | 151,133.86 |
|     5201 · R&M Labor | -19,113.12 |
|     5203 · R&M Tires | 11,550.00 |
|     5300 · Rentals | 83,965.60 |
|     5301 · Contractor Services | 76,354.54 |
|     5302 · Professional Services | 13,472.04 |
|     5303 · Security | 342,037.08 |
|     5304 · Analysis | 15,199.04 |
|     5305 · Permitting | 0.00 |
|     5306 · Electric | 869,163.06 |
|     5307 · Phone/Internet | 28,181.10 |
|     5308 · Utilities Other | 0.00 |
|     5309 · Insurance | 322,258.11 |
|     5310 · Bonding | 0.00 |
|     5311 · Property Taxes | 334,450.69 |
|     5312 · Depreciation | 4,712,903.51 |
|     5313 · Sales Tax | 115.07 |
|     5314 · Accretion | 574,086.73 |
|     5315 · Penalties & Fines | 2,375.89 |
|     5316 · Mine Development & Acc. Rec. | -18,414.37 |
|     5318 · Safety | 699.32 |

# BLACKJEWEL, LLC
## Income Statement

|  | AUG 19 |
|---|---:|
| **5319 · Purchased Coal** | 0.00 |
| **5399 - Allocations** | 0.00 |
| **Total Controllable Costs** | 9,596,144.43 |
| **Total Cash Expenditures For Mining** | 4,309,154.19 |
|  | $ 9.62 |
| **5050 · Trucking Costs** | 0.00 |
| **5060 · Processing Cost** | 482,786.94 |
| **5400 · Lease Royalties** | 665,681.10 |
| **5402 · Federal Excise Tax** | -237,663.36 |
| **5403 · OSM Fees** | 122,643.64 |
| **5404 · Severance Tax** | 520,321.00 |
| **5405 · Depletion & Amortization** | 73,464.83 |
| **5408 · Interest Expense** | -122,678.07 |
| **5409 - Accrued Royalties & Taxes** | 0.00 |
| **5501 - Travel** | 2,800.00 |
| **Coal Inventory Adj** | 149,839.09 |
| **5600 · BJMS Expense** | 0.00 |
| **Total Uncontrollable Costs** | 1,657,195.17 |
| **Total COGS** | 11,253,339.60 |
| **Gross Profit** | -6,082,218.07 |
| **Expense** |  |
| 6000 · SG&A | 704,087.26 |
| 6300 · Professional Services | 3,483,938.56 |
| 6600 · Insurance Expense | 78,930.09 |
| 6602 · Interest Expense | -1,625,817.28 |
| **Total 6000 · SG&A** | 2,641,138.63 |
| 66900 · Reconciliation Discrepancies | 0.00 |
| **Total Expense** | 13,894,478.23 |
| **Net Ordinary Income** | -8,723,356.70 |
| **OTHER INCOME/EXPENSE** | 7,123,210.28 |
| **Net Income** | -1,600,146.42 |
| **Depreciation, Accretion & Interest in Processing Cost** | 0.00 |
| **EBITDA** | 2,014,922.47 |
|  | $ 4.75 |
| **CAPITAL EXPENDITURES** | 0.00 |