## Black Mountain Resources LLC/ Colony Bay Mining Company

Coal Miners!,

Black Mountain Resources LLC has for 3 months tried to open a mine purchased from the Black Jewel bankruptcy. Due to the **Kentucky Division of Mine Safety's (KDMS)** gestapo like tactics they have prevented us from putting at least 200 of you men to work.

It is the fault of the KDMS agency alone that you are not working. They are an unneeded agency that has far too much authority. MSHA keeps miners safe in Tennessee. Why do we need a state agency such as KDMS that prevents us from putting you back to work in Kentucky? They have even gone as far as to tell me as an owner I cannot enter my own mine to get equipment that belongs to me. Could you imagine buying a house and the state not letting you go inside without their consent? Especially if the state officials telling you this were the unelected type like we have in KDMS!

Just think Mr. Coal Miner, how much better Christmas would have been at your house if we could have hired you at $30.00 or more an hour back in October. We have a few outside men working who had a great Christmas, but I wish I could have had all you men doing what you do best and paying top rate for it. However, KDMS won't let us hire you because obviously they think you need them to protect you. I surely don't need their protection! They don't want you to work but they still have their jobs!

The entire division is a bunch of leaches on the belly of industry. THEY PRODUCE NOTHING! THEY BUILD NOTHING! They only take from those of us who do produce something and obstruct us to make themselves seem relevant! You are all grown men that do not need a nanny agency comprised of do-nothing bureaucrats that couldn't run coal in a stockpile to tell us what we can and can't do.

Stand with us and let's get back to work together.

Tell these unneeded, irrelevant clowns what you think!

Pat Turner      606-273-3643

Jason Roberts   606-573-1260

Bert Givens     503-573-0140

And tell your state reps to vote to do away with this agency!

"I'm Workin' On It!"

*Jesse Sizemore*

Jesse Sizemore