## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: | Chapter 11 |
| BLACKJEWEL, L.L.C., *et al.* | Case No. 3:19-bk-30289 |
| Debtors.[1] | Jointly Administered |

**STIPULATION OF AQUATIC RESOURCES MANAGEMENT, LLC, THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS TO THE JOINT EX PARTE MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING THE EXAMINATIONS AND WRITTEN DISCOVERY DIRECTED TO JEFF A. HOOPS, SR., AND VARIOUS HOOPS-RELATED ENTITIES AND INDIVIDUALS**

In response to the *Joint Ex Parte Motion of the Debtors and the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Examinations and Written Discovery Directed to Jeff A. Hoops, Sr., and Various Hoops-Related Entities and Individuals* [Doc. No. 1611] (the "Rule 2004 Motion"), Aquatic Resources Management, LLC ("Aquatic") filed a limited objection [Docket No. 1613] (the "Limited Objection"). Since then, Aquatic has conferred with the Debtors and the Official Committee of

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Blackjewel, L.L.C. (0823); Blackjewel Holdings, L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908); Revelation Energy, LLC (4605); Dominion Coal Corporation (2957); Harold Keene Coal Co. LLC (6749); Vansant Coal Corporation (2785); Lone Mountain Processing, LLC (0457); Powell Mountain Energy, LLC (1024); and Cumberland River Coal LLC (2213). The headquarters for each of the Debtors is located at 1051 Main Street, Milton, West Virginia 25541-1215.

Unsecured Creditors ("the Committee" and with the Debtors, collectively, "Movants") in good faith regarding the Rule 2004 Motion and the Limited Objection. The Movants have agreed that they will not now seek examination or documents from Aquatic pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Rule 2004-1 of the Local Bankruptcy Rules for the Southern District of West Virginia, and that they withdraw their request to do so.

Based upon those representations, Aquatic, the Debtors, and the Committee STIPULATE AND AGREE as follows:

1. The Rule 2004 Motion [Docket No. 1611] shall not apply to Aquatic and any relief granted under the Rule 2004 Motion shall not apply to Aquatic; and

2. Aquatic shall not be considered one of the "Hoops-Related Entities" or "Hoops Parties" under the Rule 2004 Motion [Docket No. 1611], any order granting it, or for any other purpose.

HAVE SEEN AND AGREED:

*__Counsel for Aquatic Resources Management LLC__*

**ROBINSON & McELWEE PLLC**

   */s/  W. Bradley Sorrells*
W. Bradley Sorrells  (WV 4991)
700 Virginia Street East,
Charleston, West Virginia 25301
Telephone: (304) 347-8343
Facsimile: (304) 344-9566
E-mail: wbs@ramlaw.com

**STOLL KEENON OGDEN PLLC**

   */s/  Adam M. Back*
Adam M. Back  (KY91003)
Timothy R. Wiseman (KY 95072)
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507
Telephone: (859) 231-3000
Facsimile: (859) 246-3673
E-mail: adam.back@skofirm.com
     tim.wiseman@skofirm.com
*Counsel for Aquatic Resources
Management LLC*

*Co-Counsel to the Debtors and Debtors-in-Possession*

**SUPPLE LAW OFFICE, PLLC**

   */s/ Joe M. Supple*
Joe M. Supple (WV 8013)
801 Viand St. Point Pleasant, WV 25550
Telephone: 304.675.6249
Facsimile: 304.675.4372
E-mail: joe.supple@supplelaw.net

**SQUIRE PATTON BOGGS (US) LLP**

   */s/ Stephen D. Lerner*
Stephen D. Lerner (admitted pro hac vice)
Nava Hazan (admitted pro hac vice)
Scott A. Kane (admitted pro hac vice)
Travis A. McRoberts (admitted pro hac vice)
F. Maximilian Czernin (admitted pro hac vice)
201 E. Fourth St., Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Facsimile: 513.361.1201
Email: stephen.lerner@squirepb.com
      nava.hazan@squirepb.com
      travis.mcroberts@squirepb.com
*Co-Counsel to the Debtors and Debtors-in-Possession*

**Counsel to the Official Committee of Unsecured Creditors of the Debtors and Debtors-in-Possession**

**WHITEFORD TAYLOR & PRESTON LLP**

   */s/ Brandy M. Rapp*
Brandy M. Rapp (WV 10200)
10 S. Jefferson Street, Suite
1110 Roanoke, Virginia 24011
(540) 759-3577 Tel.
(540) 759-3567 Fax
brapp@wtplaw.com

Michael J. Roeschenthaler (PA 87647)
Daniel R. Schimizzi (PA 311869)
200 First Avenue,
Third Floor Pittsburgh, Pennsylvania 15222
(412) 618-5601 Tel.
mroeschenthaler@wtplaw.com
dschimizzi@stplaw.com

116363.164153/8113820.3