# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

IN RE:
BLACKJEWEL, L.L.C.,
BLACKJEWEL HOLDINGS L.L.C.,
REVELATION ENERGY HOLDINGS, LLC,
REVELATION MANAGEMENT CORP.,
REVELATION ENERGY, LLC,
DOMINION COAL CORPORATION,
HAROLD KEENE COAL CO. LLC,
VANSANT COAL CORPORATION,
LONE MOUNTAIN PROCESSING, LLC,
POWELL MOUNTAIN ENERGY LLC,
CUMBERLAND RIVER COAL LLC,

          Debtor-in-Possess.

FIFTH THIRD BANK,

          Appellant,

v.                                          CIVIL ACTION NO. 3:19-00663
                                         BANKRUPTCY NO. 19-30289

BLACKJEWEL, L.L.C.,
BLACKJEWEL HOLDINGS L.L.C.,
REVELATION ENERGY HOLDINGS, LLC,
REVELATION MANAGEMENT CORP.,
REVELATION ENERGY, LLC,
DOMINION COAL CORPORATION,
HAROLD KEENE COAL CO. LLC,
VANSANT COAL CORPORATION,
LONE MOUNTAIN PROCESSING, LLC,
POWELL MOUNTAIN ENERGY LL,
CUMBERLAND RIVER COAL LLC,

          Appellees.

2

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order, the Court **GRANTS** Contura Energy, Inc.'s Motion to Dismiss, **DISMISSES AS MOOT** Fifth Third Bank's appeal, and **ORDERS** this case removed from its docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

ENTER: February 10, 2020

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE



A TRUE COPY CERTIFIED ON 2/10/2020 [Date]
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia
By s/ Jennifer Adkins Deputy