05/20

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

## REQUEST FOR MEDIA RECORDING OF HEARING/TRIAL

Case/Adversary Proceeding Style: __Bankruptcy Proceeding__

Case/Adversary Proceeding Number: 19-30289

Date of Hearing/Trial: 2/24/21

Location of Hearing/Trial (e.g., Charleston, Beckley, etc.): Charleston

Date by which recording is needed: ASAP

Special Instructions (if any) : Please contact Sarah Conley for share site link to upload audio - sarah.conley@squirepb.com

Requesting Party: Squire Patton Boggs (US) LLP, Sarah Conley, Paralegal

Address: 1801 Calfornia Street, Suite 4900, Denver, CO 80202

Telephone Number : (303) 894-6128

Dated: 2/24/21

/s/ Stephen D. Lerner
Signature

*Attorneys should e-file this request in appropriate case & pay fee online
**Parties filing this request on paper, should also include fee of $31.00 in cash or check made payable to Clerk, U.S. Bankruptcy Court, SDWV

..................................................................................................................

**FOR COURT USE ONLY:**

**Order Received**                     Date: 2/24/2021           By
                                       (initials): REO

**Fee Paid**     Date: 2/24/2021        Amount: $32.00

☐ **Order Mailed:** _____/_____(date/initials)

☐ **Order Picked Up:** _____/_____(date/initials)

**Comments:** Uploaded audio files to transcriber