_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

**Dated: August 26th, 2022**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 19-30289 |
| | ) | |
| Blackjewel L.L.C., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING MEDIA REQUEST FOR RELEASE OF SELECT BLACKJEWEL EXHIBITS**

This case is before the Court on a request by Ken Ward, Jr., a media agent with Mountain State Spotlight, to review a certain document admitted into evidence in the captioned case as Respondents' Exhibit 2 (the "Exhibit") at the hearing conducted on July 2, 2019.

**IT IS HEREBY ORDERED** that the Clerk of Court shall make the Exhibit available for inspection by Mr. Ward at the office of the Clerk. Upon request and payment by Mr. Ward, the Clerk shall provide copies at $0.50 per page. The Clerk of Court

shall maintain custody and control of the exhibit during the inspection.

[END OF DOCUMENT]