# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| BLACKJEWEL L.L.C., *et al.*, | Case No. 19-30289 |
| Former Debtors[1]. | (Jointly Administered) |

## NOTICE OF FRANK J. GUADAGNINO'S WITHDRAWAL AS COUNSEL

COME NOW, Active Medical, LLC, Appalachian Medical, LLC, Black Diamond Insurance Group, LLC, Blackjewel Trust, Clearwater Investment Holdings, LLC, Clearwater Trust, Forrest Machine, LLC, Genesis Trucking, LLC, Grand Patrician Resort, LLC, Jeffery A. Hoops, Patricia A. Hoops, Jeffery A. Hoops, II, Jeremy A. Hoops, Joshua A. Hoops, Jessica R. Hoops, Lesley A. Hoops, Amanda G. Hoops, Hoops Family Dynasty Trust, Legends Construction Company, LLC, Lexington Coal Royalty Company, LLC, Lexington Coal Company, LLC, Construction & Reclamation Services, LLC, Republic Superior Products, LLC, Revelation Energy Trust, Triple H Aviation, LLC, Triple H Real Estate, LLC, Walls & Associates, PLLC and Brent T. Walls (collectively, the "***Parties***"), and provide notice that because all matters of interest to the Parties in the above-captioned case have concluded, Frank J. Guadagnino will no longer represent the Parties in this matter. Accordingly, the Statement of Visiting Attorney filed for Mr. Guadagnino on April 6, 2021 (Docket No. 3249) may be deemed withdrawn.

---

[1] The former Debtors in these chapter 11 cases and the last four digits of each Debtor's Taxpayer identification number are as follows: Blackjewel, L.L.C. (0823); Blackjewel Holdings L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908); Revelation Energy, LLC (4605); Dominion Coal Corporation (2957); Harold Keene Coal Co. LLC (6749); Vansant Coal Corporation (2785); Lone Mountain Processing, LLC (0457); Powell Mountain Energy, LLC (1024); and Cumberland River Coal LLC (2213). The mailing address for each of the former Debtors is located at 999 17th Street, Suite 700, Denver, Colorado 80202, Attn: David J. Beckman.

October 19, 2022

Respectfully submitted,

**ACTIVE MEDICAL, LLC, APPALACHIAN MEDICAL, LLC, BLACK DIAMOND INSURANCE GROUP, LLC, BLACKJEWEL TRUST, CLEARWATER INVESTMENT HOLDINGS, LLC, CLEARWATER TRUST, FORREST MACHINE, LLC, GENESIS TRUCKING, LLC, GRAND PATRICIAN RESORT, LLC, JEFFERY A. HOOPS, PATRICIA A. HOOPS, JEFFERY A. HOOPS, II, JEREMY A. HOOPS, JOSHUA A. HOOPS, JESSICA R. HOOPS, LESLEY A. HOOPS, AMANDA G. HOOPS, HOOPS FAMILY DYNASTY TRUST, LEGENDS CONSTRUCTION COMPANY, LLC, LEXINGTON COAL ROYALTY COMPANY, LLC, LEXINGTON COAL COMPANY, LLC, CONSTRUCTION & RECLAMATION SERVICES, LLC, REPUBLIC SUPERIOR PRODUCTS, LLC, REVELATION ENERGY TRUST, TRIPLE H AVIATION, LLC, TRIPLE H REAL ESTATE, LLC, WALLS & ASSOCIATES, PLLC AND BRENT T. WALLS**

By its local counsel:

*/s/ Janet Smith Holbrook, Esq.*
Janet Smith Holbrook, Esquire (WVSB #5853)
DINSMORE & SHOHL LLP
Post Office Box 2185
Huntington, WV 25722-2185
Telephone: (304) 529-6181
Facsimile: (304) 522-4312
janet.holbrook@dinsmore.com

2

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 19th day of October 2022, a true and correct copy of the foregoing document was served via the Court's ECF filing system to all counsel of record.

                                      */s/ Janet Smith Holbrook, Esq.*
                                      Janet Smith Holbrook, Esquire (WVSB #5853)
                                      DINSMORE & SHOHL LLP
                                      Post Office Box 2185
                                      Huntington, WV 25722-2185
                                      Telephone: (304) 529-6181
                                      Facsimile: (304) 522-4312
                                      janet.holbrook@dinsmore.com