# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Blackjewel, L.L.C., *et al.*, | ) | Case No. 19-30289 |
| | ) | |
| Former Debtors.[1] | ) | (Jointly Administered) |

## AMENDED HEARING AGENDA

Time and Date of Hearing:   January 12, 2023 at 9:30 a.m. (Prevailing Eastern Time)

Location of Hearing:   The hearing shall take place telephonically and can be accessed by calling (877) 848-7030, access code 8852513. Video functionality will not be available.

Copies of Pleadings:   A copy of each pleading can be viewed on the website of the former Debtors' noticing and claims agent, Kroll Restructuring Administration LLC, at http://cases.ra.kroll.com/Blackjewel, or by calling toll free at (844) 234-1462.

**I.    MAIN BANKRUPTCY PROCEEDINGS, CASE NO. 19-30289**

1.  *Liquidation Trustee's Motion for Entry of an Order Approving Certain (I) Claims Objection Procedures and (II) Related Claim Hearing Procedures* [Docket No. 3693]

    Related Document:

    a) Proposed *Order Approving Certain (I) Claim Objection Procedures and (II) Related Claim Hearing Procedures* [Docket No. 3694]

    Responses:

    a) *Objection of the United States Secretary of Labor to the Motion by the Liquidation Trustee for an Order Approving Certain (I) Claims Objection Procedures and (II) Related Claim Hearing Procedures* [Docket No. 3698]

---

[1] The former Debtors in these chapter 11 cases and the last four digits of each former Debtor's former taxpayer identification number are as follows: Blackjewel, L.L.C. (0823); Blackjewel Holdings L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908); Revelation Energy, LLC (4605); Dominion Coal Corporation (2957); Harold Keene Coal Co. LLC (6749); Vansant Coal Corporation (2785); Lone Mountain Processing, LLC (0457); Powell Mountain Energy, LLC (1024); and Cumberland River Coal LLC (2213). The mailing address for each of the former Debtors is located at 999 17th Street, Suite 700, Denver, Colorado 80202, Attn: David J. Beckman.

b) Informal comments from the Office of the United States Trustee for Region 4 and various Federal Government agencies

Reply:

a) *Liquidation Trustee's Reply in Support of Motion for Entry of an Order Approving Certain (I) Claims Objection Procedures and (II) Related Claim Hearing Procedures* [Docket No. 3699]

b) *Notice of Filing of Further Revised Proposed Order Approving Certain (I) Claims Objection Procedures and (II) Related Claim Hearing Procedures* [Docket No. 3701].

Status: This matter is going forward on an uncontested basis. The Trustee has resolved the objection filed by the Secretary of the United States Department of Labor and has filed a notice that includes a further revised proposed form of order as well as a redline showing all changes agreed to with parties in interest.

DATED: January 11, 2023

**SUPPLE LAW OFFICE, PLLC**

Joe M. Supple, Bar. No. 8013
801 Viand St.
Point Pleasant, WV 25550
Telephone: 304.675.6249
Facsimile: 304.675.4372
joe.supple@supplelawoffice.com

– and –

**SQUIRE PATTON BOGGS (US) LLP**

*/s/ Stephen D. Lerner*
Stephen D. Lerner (admitted *pro hac vice*)
Travis A. McRoberts (admitted *pro hac vice*)
Kyle F. Arendsen (admitted *pro hac vice*)
201 E. Fourth St., Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Facsimile: 513.361.1201
stephen.lerner@squirepb.com
travis.mcroberts@squirepb.com
kyle.arendsen@squirepb.com

*Co-Counsel to the Blackjewel Liquidation Trust, LLC*